Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

FILED

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida
_____ Division

2019 OCT 29 PM 1:18

US DIST
MIDDLE DISTRICT
ORLANDO, FLORIDA

Michelle Lee Roberts
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Bruce Bogen
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. 6:19-cv-2071-ORL-41GJK
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☐ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

I. The Parties to This Complaint

A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name Michelle Lee Roberts
Street Address 2520 Caperlane Unit 100
City and County Maitland / Orange
State and Zip Code 32751
Telephone Number (407)725-2305
E-mail Address Mrobertscase@gmail.com

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. *Bruce Godby*
Name *Godby Family Dews*
Job or Title *(if known)* *DDS*
Street Address *1216 Eboode Dr*
City and County *Orlando*
State and Zip Code *FL 32804*
Telephone Number
E-mail Address *(if known)*

Defendant No. 2
Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

Defendant No. 3
Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

Defendant No. 4
Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

Page 2 of 5

II. Basis for Jurisdiction  Violation Federal law / Falsified Medical
Chart/note - A False Claim was filed (o medical office

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.  **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Falsified Medical Chart notes Transpired F Omission
O medical office Falsely Documented/Stated
Procedure that Never Transpired False Claim Act

B.  **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.  The Plaintiff(s)

    a.  If the plaintiff is an individual
        The plaintiff, *(name)* Michelle Lee Rogers , is a citizen of the
        State of *(name)* Florida .

    b.  If the plaintiff is a corporation
        The plaintiff, *(name)* _____ , is incorporated
        under the laws of the State of *(name)* _____ ,
        and has its principal place of business in the State of *(name)*
        _____ .

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.  The Defendant(s)

    a.  If the defendant is an individual
        The defendant, *(name)* Bruce Gain , is a citizen of
        the State of *(name)* Florida . Or is a citizen of
        *(foreign nation)* _____ .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b. If the defendant is a corporation (Gold Family Dental)
The defendant, (name) Bruce Gold, is incorporated under the laws of the State of (name) Florida, and has its principal place of business in the State of (name) _____.
Or is incorporated under the laws of (foreign nation) _____,
and has its principal place of business in (name) _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy $5,000.00 – 10,000.00

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

~~Filed False Claim~~

Made Adjustment Charges to Mills Park Dental (closed 2019)

(And Re) Filed False Claim

Falsified Medical/Dental Chart Notes & Omission

III. Statement of Claim Transposed Dates False Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

① Bruce Gold / Mills Park Dental OR 11/17-12/17 2017 Filed to Refill to Neue Offsetting Occlusion Inducing Global Suffering and Suffering
② Breech of Agreement November 2018 - Disproportionate Crowns Uneven Occlusal False Induced Severe Injuries
(See Proposal)

IV. Relief $5,000 - $10,000

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Re Crown #31 #28 #29 #27 Damaged
Orthodontic Treatment $3300.00
$1500.00 per Crown - Trauma to Occlusion Damages Global
Lower Teeth #4 Still Filed to Date - False Claim
Loss Pain and Suffering General Medical Lecture

[handwritten: Medical Decisions from God are not were made in my delivery & my cousion vaccumm because of omission on Cbr? node by Brue Good] Inducing more damages. He knew the damages & attempt to cover for me Bad took advantage #28 - is not a full grown House following new temporoues rule on]

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: [handwritten: October 29 2019]

Signature of Plaintiff [signature]

Printed Name of Plaintiff [handwritten: Michelle Lee Roark]

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____



2019-00166655
185 George Dr Salvia
Way

Case #
2019-001666-
55

FTC
111 570 609

**DEPARTMENT OF FINANCIAL SERVICES**
Division of Investigative & Forensic Services

**John Savino**
Captain
Bureau of Insurance Fraud

REPRESENTING JIMMY PATRONIS
CHIEF FINANCIAL OFFICER
www.MyFloridaCFO.com

400 W. ROBINSON STREET, SUITE S823
ORLANDO, FL 32801
WORK: (407) 835-4419
CELL: (407) 963-1067
FAX: (407) 317-7217
JOHN.SAVINO@MYFLORIDACFO.COM

May 3, 2018

Florida Department of Health
Consumer Services Unit
4052 Bald Cypress Way, Bin C-75
Tallahassee, FL 32399-3275

Re:   Roberts, Michelle

Dear Sir or Madam:

The enclosed complaint was received by this office and appears to fall within the jurisdiction of your agency. We are, therefore, referring this matter to you for whatever action you deem appropriate. A copy of this referral letter is being forwarded to the consumer so they may contact you with any further information.

Thank you for your cooperation in this matter and be assured of our cooperation in all matters of mutual concern.

Sincerely,


Carlos J. Morales
Administrator, Investigative Unit

CJM: wk

Enclosure

cc:  consumer

## FedEx Office - Fairbanks Ave.

**From:** M Roberts <mrobertscase@gmail.com>
**Sent:** Tuesday, March 5, 2019 12:03 PM
**To:** usa1666@fedex.com
**Subject:** [EXTERNAL] Fwd: FEDERAL FRAUD//Federal Billung fraud/ medical Chart note
**Attachments:** 20180418_201022.jpg; 20190222_193720.jpg; 20180418_200822.jpg; 20190222_201804.jpg; 20180418_200726.jpg; 20180418_200204.jpg

---------- Forwarded message ----------
From: "M Roberts" <mrobertscase@gmail.com>
Date: Mar 4, 2019 7:51 PM
Subject: FEDERAL FRAUD//Federal Billung fraud/ medical Chart note
To: <Tips.FBI.gov@gmail.com>
Cc:


From Michelle Roberts
712 Nicollet Avenue apartment 93
Winter Park Florida 32789 407-725-2305

February 29th 2019

Bruce Gordy
Gordy's family dentistry
1216 Edgewater Dr Drive Orlando
False claim/ medical chart fraud
Bruce Gordy Made several administrative changes on medical chart notes omitting procedures/ falsifying statements
Transposed procedures October 11th/ 12th 2017

Bruce Gordy charted
a false claim on October 12th 2017
At Mills Park Dental-billed
Health Services// Federal government agency t

Health Services
2002a E Michigan Street Orlando

Ann Reid
Mills Park Dental 1327 North Mills Ave Orlando

Ann Reid
October 3rd 2017/ filed a false dental claim form on October 3rd 2017 under
*problem focused *, procedure charted (tooth 7 composite ) created a fictitious invoice/
Dental claim form and filed the false claim with Health services labeling
*tooth  7 composite.*(charted)

1

Bruce Gordy reports on October 11th 2017 that he filed 10 /23 omitting 21/24 damamed
( this procedure took place on October 12th 2017) Transposed

October 12th 2017 Dr Gordy charts filing 28
Reporting
** tooth  7 composite**
(False claim double billing)
Charging the federal agency $95 for a procedure that did not take place

Ann Reid produced a false dental claim form
Double billed/ charged/ federal government agency
Health services

Collusion between Reid and Gordy

Facts

October 3rd 2017 filling restored tooth 7 (charted) / fictitious dental claim form ***problem focused

October 11th 2017
7 backside filed 28 Crown 29-(never charted)
( photograph evidence)
7 STILL remains filed to this day
October 12th 2017 Gordy files 21 23 24 damaged and 10
All teeth filed to nerve
Bruce Gordy was not on the right side of my mouth on 10/12/17

December 4th 2017
Ann
Reid repairs 21 24( not charted by Bruce Gordy) &
23 10 11 31  (29- never charted
Repeatedly States (I have no idea what I'm doing(charted) files all teeth back down with the exception of 21 24 10
Never restores 7 further damages 28/29

I have photograph evidence beyond the burden of proof to support my case (chart fraud)  I obtain  medical records of the excessive damages egregious aftermath  after these procedures
I obtain Chart notes billing ledgers photograph evidence

Orange County Health Services
2002a E Michigan Orlando
(Suspicious activity) by orange County employees suspected colusion.
Kimberly Brown obstructed my health care 11/2017
* used most recent xray without comparison to further investigate damages* falsying information to my detriment to dental provider/ creating bias by using slander
(Charted/ evidence)
I filed several grievances against health Services and there employees

Claudia Yabrudy
Hired 3 General dentist who were not specialized to evaluate my case/

2

Decision was made to my detriment on fraudulent chart notes
**No consequences where administrated to dental provider**

When requesting 7 yr billing ledgers from Health Services they refused.

When I requested the full billing ledgers
medical records/ Mills Park Dental I was informed that I had to retract the records from Claudia Yabrudy by Crystsl(collusion/ suspicious behavior) front office manager at Mills Park Dental( not a protocol) as Crystal was communicating through email as I was standing there.

I had a scheduled meeting with John Goodrich and staff but no one showed except Yvette Reyes
to retrieve records( Dental medical records chart notes and all billing ledges from health Services and Mills Park Dental
( suspicious activity
Note
As soon as I started requesting billing ledges their behaviors  false protocol changed
I strongly believe there's possible fraud within health Services
Obvious suspicious behavior

I had another meeting with John Goodrich and Claudia / Health services on January 17th 2017 to report the Chart note and federal billing fraud that I discovered on January 16th 2019
Absolutely no consequence ??!! for the dentist has transpired as they continue excuse/ cover up  Federal crimes.
They refuse to acknowledge my statements

As my suspicion has also  turned  towards this government agency //Health Services and its employees.

When I had this meeting I noticed Claudia  Yabrudy behavior as she clammed up saying nothing at the meeting body language blushing suspicious the only thing she asked me about was my alleged findings

Yvette Reyes has repeatedly asked me about the FBI why? My responses been the same stating that they do not tell you what they are going to do.

Brcause There has been prior collusion with their employees & Dentist I started to notice a pattern

A conversation with Yvette Reyes transpired I asked her for the rest of the purchase orders that transpired on December 4th and after 2017
She stated that everything was written off by dental office
( suspicious activity)

All billing ledges need to be confiscated from Health Services because of the medical chart note fraud and Federal Billing fraud  There is no way to retract any more information without these billing ledges from health services
As they stated they would only provide a 3 and a half year record.

Bruce Gordy/ Ann Reid committed Federal fraud
Health Services are excusing/ cover it up.

My last conversation with Yvette Reyes  was a decline on a treatment plan. I asked if the agency was going to do anything about the Federal Building fraud and she stated that the providers did not over bill them.

3

I reported the fraud to winter Park Police Department and Florida Department of Health.
Ellen Blake/2/2019 investigator from Florida health collected billing ledgers/ photograph evidence
When contacting Florida Department of Health I was told by Donna Howell my case was closed.
This is unacceptable and I warned Donna Howell. I asked for the supervisor Anthony Jusevitch and all my emails to him were bouncing back I confronted Mrs. Howell and was told that he's been out of town for the past 3 and a half weeks and that she was told by Ellen Blake that the case was out of there jurisdiction .
Ellen Blake stated 3/7/19 that Florida Department of Health is her superior

Something is seriously wrong

Florida Department of Health does not deal with federal crime // why was and investigator sent from Florida Department of Health to investigate my evidence??!!

Again I suspect that orange County health services has an involvement here

Because of the Fraud and decisions were made on my health care when filing complaints with orange County and Florida Department of Health to my detriment. I have suffered on going ex pain excessive damages deterioration of my mental and overall healt

These are Federal crime & in crimes against humanity

the photograph evidence can prove the Chart note fraud. The billing ledgers and chart notes
testify against themselves

Photograph 28/29 never charted

The billing schemes using terms
Different codes are manipulative and deceptive there are more administrative changes from October 3rd to December 4th 2017 then there is in the entire chart note of 10 years.

Please I desperately need your help I have suffered for a very long time with no justice to no avail. the fact that these organizations have failed to act based on fraud reports has contributed to the ongoing long term suffering and my oral mental and general overall health has been greatly impaired

Please contact me Michelle Roberts 407-725-2305 medical short note fraud

4

February 4th 2019

To Ellen Blake

I MICHELLE LEE ROBERTS here by testify that all information is true and correct so help me God

I MICHELLE L ROBERTS here by testify of Medical Dental chart note fraud by

*omission of procedures (teeth filed)

* falsifying statements

* Transposed procedures on October 11th and 12th 2017 by Dr Gordy( administrative changes on chart notes)

**Federal Billing fraud ** by

False claim

(FCA)

False Claims Act

ACT 31 ISH 3729

****Post op left eye surgery August 29th 2017*** sutures in left eye

Exhibit A

Mills Park Dental

Dr Ann Reid

October 3rd 2017

Filling restored on tooth #7 described on Chart note

Exhibit C

(Fictitious invoice) Dental Claim Form

Date of service 10/3/20!7. #7

00140

Oral eval ** problem focused**

$50.00.   (Fictitious)

10/3/2017. #7

Radio graph

$18.00

Failure to report composite fictitious report ****problem focused****

Exhibit A

** administrative changes were made on 10/3/2017

chart notes

Exhibit D

10/12/2017

False Claim/ Federal Billing FRAUD

Dr Bruce Gordy

Chart note procedure transposed/ omitted procedures reports #28 filed

FALSE CLAIM

***7 composite***

( double billing)

#7 did not need another composite

Facts

***Post op from left eye surgery sutures intact in left eye August 29th 2017(failed)

Exhibit A

10/3/2017 composite added to #7

*occlusion was checked***

10/11/2017

Dr. Gordy floater@ Mills Park Dental filed teeth

#28 crown #29( stating he filed them down to low)   #7 backside

& (omission on chart nore of #29 & #7)  #7 still currently filed/ pain/sensitivity)

supporting evidence photograph

( see Hunters Creek chart notes supporting evidence

**this dropped my occlusion 3 mm**

Inducing and edged edge bite on left side of mouth upper and lower anteriors

Exhibit A

10/12/2017

Dr. Gordy

I asked Dr Gordy restore filed teeth/reported malocclusion (edge to edge bite left side and he ignored me giving me a bogus misdiagnosis

Filed teetj #10 #21 #23 #24 -(he denies)To nerves

Stating he wanted to align canines 11 and #22

later cracked /broke #11

***Dr Gordy was not on the right side of my mouth on October 12th 2017***

Dr Gordy only reports teeth #10 #23 and #28 crown

& failure to reports/ chart -filing teeth #29 #7 #21 #24

(See Florida dental implants Dr Zaman for supporting evidence

11/7/2017 Dr Reid

Explained in full detail damages ask for full repairs expressed teeth filed to nerve #21#29#10#7$23

● replacing#28 crown Malocclusion/pain

#11 1/2 turn

Exhibit A&B 11/17/20!7

Dr Gordy( same discussion

Exhibit B

11/20/2017

Dr. Reid confirming procedures (restoring teeth replacing crown) not charted

December 4th 2017 repairs Dr Ann Reid (charted statement " I don't know what I'm doing" **supporting evidence**

Charts repairs on teeth (#21) #10 #11 #23 (#24) #31 she omitted #29 -

Filing down and doing further damage to 29

Exhibit E

Mills Park Dental billing ledger for December 4th 2017

Clearly reports

Teeth #10 (#21 #29)

Exhibit C&D

** Dental Claim forms   Reports by Dr Ann Reid from Mills Park Dental

Exhibit A&B

\*\*\* Chart note fraud administrative changes electronic signature on October 11th and 12th 2017 by Bruce Gordy

Because of FRAUD

\*\* emergency room bills\*\*

\*\* Medicaid bills incurred

\*\*Decisions based on my Oral healthcare by.

\*\* Board of Dentistry (could not assess a proper decision) &

\*\* Health Services that denied my grievances on November 29th 2017

In the interim

I have suffered pain

\* severe damages occurred on my upper and lower teeth alignment

\* extensive time of daily pain debilitating my mental and overall General health

Systemic health issues

On November 1st 2018 I confronted Dr Gordy about the chart note-- he stated he did not recall and then out of desperation & lengthy debilitating daily pain( and the fact that no other dentist would touch me) I opted for procedure to stop the debilitating pain on lower Anteriors that I highly regret in November 2018 .

Dr Gordy then started the process for the temporary crown in the process

They temporary fell off of #29  3 Xtimes

proceeded to build up  #21 #29 horribly

replacing #28( much shorter positioned in correctly than it's Twin# 21)

# 31 Crown that is notably shorter than all the rest of my teeth

\*\*\* I diligently sought to have Dr Gordy via emails and one courtesy phone call from Dr Gordy explaining my concerns

replace #28 crown as it is problematic/not proportionit (smaller) malfunctional and food is being forced into the gum line to no avail. #29 tilrs constantly aching

No chewing power in this area /at all grinding noise is on #21 & #12-( cracked)

#5- (large crack(pain) & grazing #29 grinding noise

#28 side touching #6

Severe malocclusjon absolutely no chewing power

My current oral condition is

Inability to eat-worsening of my overall condition. *Swallowing food whole - *

* choking on food that I cannot mastisise

Biting of tongue and cheek

slurred speech

Pain

Dr Gordy and front office staff ignored my pleas and stated he would only adjust my teeth.

January 8th 2019 I Eye surgery was cancelled a

On January 16th 2019 I was able to sit and review the Chart notes and billing ledgers finding the Federal Gov. billing fraud. 1/16/2019

I withdrew my consent from the Health

services program and would not return the Dr Gordy's office appointment on the 22nd of January 2019.

I had a meeting with Health services January 17th 2019 reporting fraud and recently have given them a treatment plan from Florida Prothodontist for review.

The purchase orders that health Services provided are also under scrutiny as a caseworker has to provide a purchase order before services can be rendered

(Please review)

Upon requesting my entire medical record file I was told by Crystal front office manager that I had to retrieve them from Claudia. I thought this was a health Services policy later to find out it was not. I was told by a Yvette Reyes that Mills Park Dental "wrote off" bills and that there was nothing billed from Mills Park Dental on December 4th 2017 or after( suspicious activity)

Exhibit F

May 3rd 2018 I reported the Chart note fraud to a Orange County fraud unit investigator Krauss wbo forwarded the information over to your organization to NO avail

Medicaid fair hearings

2018-fh-1061

2019-fh-1494

Both Denied based on not obligated to provide health services

On February 1st 2019 reported the Federal billing fraud to the FBI as well as they agency for healthcare connected to Medicaid.

I am severely Orally incapacitated inability to chew swallowing food whole choking with the inability to eat *suffering pain

*excessive damages

*TMJ/ neck strain/ headaches

*great sense of hopelessness listlessness etc *traumatized by these events.

I am afraid of what might happen to my oral condition if the recommended treatment is not initiated immediately

These are crimes against humanity and against a Federal Government Agency.

All statements are true and correct

If you have any questions please contact me at

Michelle Roberts

712 Nicollet Avenue apartment 93

Winter Park Florida 32789 407-725-2305

## Chart Progress Notes
## Michelle Roberts

p. 12

| Date | Th | Surf | Dx | Description | Stat | Amount | ADA Code | User | Signed |
|---|---|---|---|---|---|---|---|---|---|
| 11/17/2017 | | | | Appointment - 10:00 AM  This appt is for Dr. Gordy and Dr. Reid to speak to pt and possible eval & treat. I am not sure.......cb | | | | | |
| 11/17/2017 | | | | Clinical Note  Pt wants to have her teeth built up again; reports that we took her teeth down for no reason and reports it has caused major shifting and discomfort. showed her bite with articulating paper, all are hitting quite evently. previous adjustments were v light. absolutely no need to buildup teeth or crown on 28. unable to meet patient's expecations but pt very adamant about building up teeth. told her dr. reid will build up teeth nos 10, 21, 29 very slightly and see how she feels.  Dr. Bruce Gordy | EC | 0.00 | Zclin | Admin | Bruce Gordy |
| 11/20/2017 | | | | Comm - Misc  Came in today and got two vm from pt that were left on 11/17/2017 and 11/18/2017 , called pt back and pt had some questions so I scheduled her an appt.......cb | | | | Admin | |
| 11/21/2017 | | | | Appointment - 3:00 PM  PostOp  patient walked in without an appt to speak w dr. reid again.....cb | | | | | |
| 11/21/2017 | | | | Post Op | C | 0.00 | N4101 | | |
| 11/22/2017 | | | | Comm - Misc  Pt called three times today and left a message............cb | | | | Admin | |
| 12/04/2017 | | | | Appointment - 1:00 PM  #10-I-C1, #21-O-C1(P), #29-O-C1(P)  TAKE A PANO BEFORE WE START and need the partials .....ar #21-O, #29-O & #10-I I and check occlusal height #28 need 2 hours - no idea what i'm doing......ar | | | | | An Reid |
| 12/04/2017 | | | | periodic oral evaluation - established patient | TP | 50.00 | D0120 | | |
| 12/04/2017 | | | | periodontal maintenance | TP | 85.00 | D4910 | | |
| 12/04/2017 | | | | Irrigation associated with Chlorhexidine | TP | 10.00 | D4921 | | |
| 12/04/2017 | 10 | I | | resin-based composite - one surface, anterior | C | 95.00 | D2330 | | |
| 12/04/2017 | 21 | O | | resin-based composite - one surface, posterior | C | 110.00 | D2391 | | |
| 12/04/2017 | 29 | O | | resin-based composite - one surface, posterior | C | 110.00 | D2391 | | |
| 12/04/2017 | | | | Clinical Note  took a pano checked w previous one, no sig change. checked bite with partials in; blue articulating marks on all lower teeth, sightly on metal framework UR quadrant. showed patient, but I don't think pt can see. didn't register w patient. placed small xl flowable on 21 O, 10 I, 11L (chipped) 23 IL, 24 IL, #31 O. as per patient's request. pt felt better and then demanded that the crown be replaced. showed that despite building up the above teeth, that she was still hitting on #28, so no room for more porcelain.  then patient went on to talk about straightening all the teeth on the left side of her mouth, the lower teeth, wanted orthodontics and new partials.  at that point after 2 1/2 hours, i gave up and called Ron her case manager.  ar | EC | 0.00 | Zclin | Admin | An Reid |
| 12/04/2017 | | | | Comm - Insurance  voided PO for recall cleaning....cb | | | | Admin | |

*(Handwritten annotations in margins: "PURCHASE ORDER ??? ???", "Billing Ledger", "REPAIR Omission at 29", "at 2?")*