## Chart Progress Notes
### Michelle Roberts

01/11/2018
Page 1

| Date | Th | Surf | Dx | Description | Stat | Amount | ADA Code | User | Signed |
|---|---|---|---|---|---|---|---|---|---|
| 10/03/2017 | | | | Appointment - 9:00 AM #7-LimEx, #7-PA | | | | | |
| | | | | PO# 9919798 | | | | | |
| 10/03/2017 | 7 | | O | limited oral evaluation - problem focused | C | 50.00 | D0140 | Admin | |
| 10/03/2017 | 7 | | | intraoral - periapical first radiographic image | C | 18.00 | D0220 | | |
| 10/03/2017 | | | | Clinical Note | EC | 0.00 | Zclin | Admin | |

pt came in today as she chipped off the lingual of tooth #7; no anesthesia given; cleaned out the lingual of #7 (v small crevice) and bonded with flowable composite shade XL less than .5mm thickness. occlusion checked and polished; pt left in nad...ar

| 10/11/2017 | | | | Appointment - 1:00 PM | | | | | |
|---|---|---|---|---|---|---|---|---|---|

Dr. Reid did a flg on tooth #7 and pt is having some sensitivity with the tooth. PT THINKS THE FLG WAS NOT DONE RIGHT..........cb

| 10/11/2017 | | | | Clinical Note | EC | 0.00 | Zclin | Admin | |
|---|---|---|---|---|---|---|---|---|---|

Pt reports that she was hitting too hard on #10, (eating nuts) was sore, checked occlusion and adjusted very lightly on #10 and incisal of #23. pt felt better.
Dr. Gordy

| 10/12/2017 | | | | Appointment - 1:30 PM #7-L-C1, PostOp | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 10/12/2017 | 7 | L | | resin-based composite - one surface, anterior | C | 95.00 | D2330 | Admin | |

adjusted bite very slightly #28 and patient felt relief. checked w articulating paper, all marks even.

Dr. Gordy.

| 10/12/2017 | | | | Post Op | C | 0.00 | N4101 | Admin | |
|---|---|---|---|---|---|---|---|---|---|

Dr. Gordy

| 11/07/2017 | | | | Appointment - 1:00 PM PostOp | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 11/07/2017 | | | | Post Op | C | 0.00 | N4101 | Admin | |

Explained to patient that we cannot buildup teeth to make her teeth even; not possible as all are hitting evenly with articulating paper. pt reports that teeth shifted in two days and wants them straigtened again.

Dr. Gordy

| 11/14/2017 | | | | Email - Treatment Plan for Michelle Roberts | | | | | |
|---|---|---|---|---|---|---|---|---|---|

Good Morning Ron,

Attached is the Treatment Plan for patient Michelle Roberts.

Thanks,

Crystal
Mills Park Dental
1327 North Mills Avenue
Orlando, FL 32803
407 228 1353
www.millsparkdental.com

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipients(s) and may contain confidential and privileged information including Protect Health Information. Any unauthorized review, use disclosure, or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

| 11/16/2017 | | | | Comm - Misc | | | | Admin | |
|---|---|---|---|---|---|---|---|---|---|

Pt called and left a message at 7:16 am. Pt also called three other times today......cb

| 11/17/2017 | | | | Appointment - 10:00 AM | | | | | |
|---|---|---|---|---|---|---|---|---|---|

This appt is for Dr. Gordy and Dr. Reid to speak to pt and possible eval & trea

