**Chart Progress Notes**
**Michelle Roberts**

01/11/2018
Page 1:

| Date | Th | Surf | Dx | Description | Stat | Amount | ADA Code | User | Signed |
|------|----|------|----|-------------|------|--------|----------|------|--------|
| 11/17/2017 | | | | Appointment - 10:00 AM | | | | | |

This appt is for Dr. Gordy and Dr. Reid to speak to pt and possible eval & treat. I am not sure.........cb

| 11/17/2017 | | | | Clinical Note | EC | 0.00 | Zclin | Admin | |

Pt wants to have her teeth built up again; reports that we took her teeth down for no reason and reports it has caused major shifting and discomfort. showed her bite with articulating paper, all are hitting quite eventy. previous adjustments were v light. absolutely no need to buildup teeth or crown on 28. unable to meet patient's expecations but pt very adamant about building up teeth. told her dr. reid will build up teeth nos 10, 21, 29 very slightly and see how she feels.

Dr. Bruce Gordy

| 11/20/2017 | | | | Comm - Misc | | | | Admin | |

Came in today and got two vm from pt that were left on 11/17/2017 and 11/18/2017 , called pt back and pt had some questions so I scheduled her an appt.......cb

| 11/21/2017 | | | | Appointment - 3:00 PM PostOp | | | | | |

patient walked in without an appt to speak w dr. reid again....cb

| 11/21/2017 | | | | Post Op | C | 0.00 | N4101 | | |
| 11/22/2017 | | | | Comm - Misc | | | | Admin | |

Pt called three times today and left a message............cb

| 12/04/2017 | | | | Appointment - 1:00 PM #10-I-C1, #21-O-C1(P), #29-O-C1(P) | | | | | |

TAKE A PANO BEFORE WE START and need the partials .....ar
#21-O, #29-O & #10-I I and check occlusal height #28 need 2 hours - no idea what i'm doing......ar

| 12/04/2017 | | | | periodic oral evaluation - established patient | TP | 50.00 | D0120 | | |
| 12/04/2017 | | | | periodontal maintenance | TP | 85.00 | D4910 | | |
| 12/04/2017 | | | | Irrigation associated with Chlorhexidine | TP | 10.00 | D4921. | | |
| 12/04/2017 | 10 | I | | resin-based composite - one surface, anterior | C | 95.00 | D2330 | | |
| 12/04/2017 | 21 | O | | resin-based composite - one surface, posterior | C | 110.00 | D2391 | | |
| 12/04/2017 | 29 | O | | resin-based composite - one surface, posterior | C | 110.00 | D2391 | | |
| 12/04/2017 | | | | Clinical Note | EC | 0.00 | Zclin | Admin | |

took a pano checked w previous one, no sig change. checked bite with partials in; blue articulating marks on all lower teeth, sightly on metal framework UR quadrant. showed patient, but I don't think pt can see. didn't register w patient. placed small xl flowable on 21 O, 10 I, 11L (chipped) 23 IL, 24 IL, #31 O, as per patient's request. pt felt better and then demanded that the crown be replaced. showed that despite building up the above teeth, that she was still hitting on #28, so no room for more porcelain.

then patient went on to talk about straightening all the teeth on the left side of her mouth, the lower teeth, wanted orthodontics and new partials.

at that point after 2 1/2 hours, i gave up and called Ron her case manager.

ar

| 12/04/2017 | | | | Comm - Insurance | | | | Admin | |

voided PO for recall cleaning....cb

Exhibit B