# ADA American Dental Association® Dental Claim Form

Submitted on 10/3/2017

## HEADER INFORMATION

**1. Type of Transaction** (Mark all applicable boxes)
[X] Statement of Actual Services   [ ] Request for Predetermination/Preauthorization
[ ] EPSDT / Title XIX

**2. Predetermination/Preauthorization Number**
PO# 9919798

## INSURANCE COMPANY/DENTAL BENEFIT PLAN INFORMATION

**3. Company/Plan Name, Address, City, State, Zip Code**
Ryan White Title I
2002A East Michigan Street
Orlando   FL   32806

## OTHER COVERAGE (Mark applicable box and complete items 5-11. If none, leave blank.)

**4. Dental?** [ ]   **Medical?** [ ]   (If both, complete 5-11 for dental only.)

**5. Name of Policyholder/Subscriber in #4** (Last, First, Middle Initial, Suffix)

**6. Date of Birth (MM/DD/CCYY)**   **7. Gender** [ ]M [ ]F   **8. Policyholder/Subscriber ID (SSN or ID#)**

**9. Plan/Group Number**   **10. Patient's Relationship to Person named in #5**
[ ] Self  [ ] Spouse  [ ] Dependent  [ ] Other

**11. Other Insurance Company/Dental Benefit Plan Name, Address, City, State, Zip Code**

## POLICYHOLDER/SUBSCRIBER INFORMATION (For Insurance Company Named in #3)

**12. Policyholder/Subscriber Name** (Last, First, Middle Initial, Suffix), Address, City, State, Zip Code
Roberts, Michelle
712 Nicolet Avenue
APT #93
Winter Park   FL   32789

**13. Date of Birth (MM/DD/CCYY)**: 11/03/1968   **14. Gender**: [ ]M [X]F   **15. Policyholder/Subscriber ID (SSN or ID#)**: MCRB1103682

**16. Plan/Group Number**   **17. Employer Name**

## PATIENT INFORMATION

**18. Relationship to Policyholder/Subscriber in #12 Above**
[X] Self  [ ] Spouse  [ ] Dependent Child  [ ] Other

**19. Reserved For Future Use**

**20. Name** (Last, First, Middle Initial, Suffix), Address, City, State, Zip Code
Roberts, Michelle
712 Nicolet Avenue
APT #93
Winter Park   FL   32789

**21. Date of Birth (MM/DD/CCYY)**: 11/03/1968   **22. Gender**: [ ]M [X]F   **23. Patient ID/Account # (Assigned by Dentist)**: 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

## RECORD OF SERVICES PROVIDED

| # | 24. Procedure Date (MM/DD/CCYY) | 25. Area of Oral Cavity | 26. Tooth System | 27. Tooth Number(s) or Letter(s) | 28. Tooth Surface | 29. Procedure Code | 29a. Diag. Pointer | 29b. Qty. | 30. Description | 31. Fee |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 10/03/2017 | | JP | 7 | | D0140 | | 1 | limited oral evaluation - problem focused | 50.00 |
| 2 | 10/03/2017 | | JP | 7 | | D0220 | | 1 | intraoral - periapical first radiographic im | 18.00 |
| 3 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 5 | | | | | | | | | | |
| 6 | | | | | | | | | | |
| 7 | | | | | | | | | | |
| 8 | | | | | | | | | | |
| 9 | | | | | | | | | | |
| 10| | | | | | | | | | |

**33. Missing Teeth Information** (Place an "X" on each missing tooth.)
X 2 X X X 6 7 8 9 10 11 12 13 14 15 X
X 31 X 29 28 27 26 25 24 23 22 21 X X X X

**34. Diagnosis Code List Qualifier** ( ICD-9 = B; ICD-10 = AB )
**34a. Diagnosis Code(s)** (Primary diagnosis in "A")
A ___  C ___
B ___  D ___

**31a. Other Fee(s)**

**32. Total Fee**: 68.00

**35. Remarks**

## AUTHORIZATIONS

**36.** I have been informed of the treatment plan and associated fees. I agree to be responsible for all charges for dental services and materials not paid by my dental benefit plan, unless prohibited by law, or the treating dentist or dental practice has a contractual agreement with my plan prohibiting all or a portion of such charges. To the extent permitted by law, I consent to your use and disclosure of my protected health information to carry out payment activities in connection with this claim.

X  Signature on File                              10/03/2017
   Patient/Guardian Signature                     Date

**37.** I hereby authorize and direct payment of the dental benefits otherwise payable to me, directly to the below named dentist or dental entity.

X  Signature on File                              10/03/2017
   Subscriber Signature                           Date

## BILLING DENTIST OR DENTAL ENTITY (Leave blank if dentist or dental entity is not submitting claim on behalf of the patient or insured/subscriber.)

**48. Name, Address, City, State, Zip Code**
Anne M Reid DDS
1327 North Mills Ave
Mills Park Dental P.A.
Orlando   FL   32803

**49. NPI**: 1679675789   **50. License Number**: DN16580   **51. SSN or TIN**: 260207196
**52. Phone Number**: (407) 228-1353   **52a. Additional Provider ID**

©2012 American Dental Association

## ANCILLARY CLAIM/TREATMENT INFORMATION

**38. Place of Treatment**: 11 (e.g. 11=office; 22=O/P Hospital) (Use "Place of Service Codes for Professional Claims")

**39. Enclosures (Y or N)** [ ]

**40. Is Treatment for Orthodontics?**
[X] No (Skip 41-42)   [ ] Yes (Complete 41-42)

**41. Date Appliance Placed (MM/DD/CCYY)**

**42. Months of Treatment Remaining**   **43. Replacement of Prosthesis** [X] No  [ ] Yes (Complete 44)

**44. Date of Prior Placement (MM/DD/CCYY)**

**45. Treatment Resulting from**
[ ] Occupational illness/injury  [ ] Auto accident  [ ] Other accident

**46. Date of Accident (MM/DD/CCYY)**   **47. Auto Accident State**

## TREATING DENTIST AND TREATMENT LOCATION INFORMATION

**53.** I hereby certify that the procedures as indicated by date are in progress (for procedures that require multiple visits) or have been completed.

X  Anne M Reid DDS                                10/03/2017
   Signed (Treating Dentist)                      Date

**54. NPI**: 1679675789   **55. License Number**: DN16580
**56. Address, City, State, Zip Code**
1327 North Mills Ave
Orlando   FL   32803
**56a. Provider Specialty Code**: 1223G0001X
**57. Phone Number**: (407) 228-1353   **58. Additional Provider ID**

To reorder call 800.947.4746



Exhibit C