| Date | Patient | Code | Tooth | Description | Charges | Credits | Balance |
|---|---|---|---|---|---|---|---|
| 02/14/2017 | Michelle | D9986 | | missed appointment (No Bill Ins) | 0.00 | | 0.00 |
| 02/20/2017 | Michelle | D0150 | | comprehensive oral evaluation - new or established patient | 60.00 | | 60.00 |
| 02/20/2017 | Michelle | D0274 | | bitewings - four radiographic images | 40.00 | | 100.00 |
| 02/20/2017 | Michelle | D0330 | | panoramic radiographic image | 75.00 | | 175.00 |
| 02/20/2017 | Michelle | Claim | | Pri Claim $175.00 Ryan White Title I Received 04/06/2017 Payment: $175.00 | | | |
| 02/22/2017 | Michelle | D4910 | | periodontal maintenance | 85.00 | | 260.00 |
| 02/22/2017 | Michelle | D4921 | | Irrigation associated with Chlorhexidine | 10.00 | | 270.00 |
| 02/22/2017 | Michelle | Claim | | Pri Claim $95.00 Ryan White Title I Received 04/06/2017 Payment: $95.00 | | | |
| 04/06/2017 | Michelle | InsPay | | Insurance Payment for Claim 02/22/2017 | | 95.00 | 175.00 |
| 04/06/2017 | Michelle | InsPay | | Insurance Payment for Claim 02/20/2017 | | 175.00 | 0.00 |
| 06/22/2017 | Michelle | D0120 | | periodic oral evaluation - established patient | 50.00 | | 50.00 |
| 06/22/2017 | Michelle | D4910 | | periodontal maintenance | 85.00 | | 135.00 |
| 06/22/2017 | Michelle | Claim | | Pri Claim $135.00 Ryan White Title I Received 08/04/2017 Payment: $135.00 | | | |
| 08/04/2017 | Michelle | InsPay | | Insurance Payment for Claim 06/22/2017 | | 135.00 | 0.00 |
| 10/03/2017 | Michelle | D0140 | 7 | limited oral evaluation - problem focused | 50.00 | | 50.00 |
| 10/03/2017 | Michelle | D0220 | 7 | intraoral - periapical first radiographic image | 18.00 | | 68.00 |
| 10/03/2017 | Michelle | Claim | | Pri Claim $68.00 Ryan White Title I Received 11/20/2017 Payment: $68.00 | | | |
| 10/12/2017 | Michelle | N4101 | | Post Op (No Bill Ins) | 0.00 | | 68.00 |
| 10/12/2017 | Michelle | D2330 | 7 | L resin-based composite - one surface, anterior | 95.00 | | 163.00 |
| 10/12/2017 | Michelle | Claim | | Pri Claim $95.00 Ryan White Title I Received 12/12/2017 Payment: $95.00 | | | |
| 11/07/2017 | Michelle | N4101 | | Post Op (No Bill Ins) | 0.00 | | 163.00 |
| 11/20/2017 | Michelle | InsPay | | Insurance Payment for Claim 10/03/2017 | | 68.00 | 95.00 |
| 11/21/2017 | Michelle | N4101 | | Post Op (No Bill Ins) | 0.00 | | 95.00 |
| 12/04/2017 | Michelle | D2330 | 10 | I resin-based composite - one surface, anterior (unsent) | 95.00 | | 190.00 |
| 12/04/2017 | Michelle | D2391 | 21 | O resin-based composite - one surface, posterior (unsent) | 110.00 | | 300.00 |
| 12/04/2017 | Michelle | D2391 | 29 | O resin-based composite - one surface, posterior (unsent) | 110.00 | | 410.00 |
| 12/06/2017 | Michelle | Adjust | | Professional Discount | | 315.00 | 95.00 |
| 12/12/2017 | Michelle | InsPay | | Insurance Payment for Claim 10/12/2017 | | 95.00 | 0.00 |
| 08/07/2018 | Michelle | Stmt | | Statement-InPerson | | | |
| 08/07/2018 | Michelle | Stmt | | Statement-InPerson | | | |



EXHIBIT E

# Chart Progress Notes
## Michelle Roberts

p. 11    01

| Date | Th | Surf | Dx | Description | Stat | Amount | ADA Code | User | Signed |
|------|----|------|----|-------------|------|--------|----------|------|--------|
| 10/03/2017 | | | | Appointment - 9:00 AM<br>#7-LimEx, #7-PA | | | | | |
| | | | | PO# 9919798 | | | | | |
| 10/03/2017 | 7 | | | limited oral evaluation - problem focused | C | 50.00 | D0140 | Admin | No Signature |
| | | | | 0 | | | | | |
| 10/03/2017 | 7 | | | intraoral - periapical first radiographic image | C | 18.00 | D0220 | Admin | |
| 10/03/2017 | | | | Clinical Note | EC | 0.00 | Zclin | Admin | |
| | | | | pt came in today as she chipped off the lingual of tooth #7; no anesthesia given; cleaned out the lingual of #7 (v small crevice) and bonded with flowable composite shade XL less than .5mm thickness. occlusion checked and polished; pt left in nad. ar | | | | | Dr Reid Crystal |
| 10/11/2017 | | | | Appointment - 1:00 PM<br>Dr. Reid did a flg on tooth #7 and pt is having some sensitivity with the tooth. PT THINKS THE FLG WAS NOT DONE RIGHT..... | | | | | |
| 10/11/2017 | | | | Clinical Note | | CB | | Zclin | Admin |
| | | | | Pt reports that she was hitting too hard on #10, (eating nuts) was sore. checked occlusion and adjusted very lightly on #10 and incisal of #23. pt felt better.<br>Dr. Gordy | | | | | Bruce Gordy |
| 10/12/2017 | | | | Appointment - 1:30 PM<br>#7-L-C1, PostOp | | | | | |
| 10/12/2017 | 7 | L | | resin-based composite - one surface, anterior | C | 95.00 | D2330 | Admin | |
| | | | | adjusted bite very slightly #28 and patient felt relief. checked w articulating paper, all marks even.<br>Dr. Gordy. | | | | | Bruce Gordy |
| 10/12/2017 | | | | Post Op<br>Dr. Gordy | C | 0.00 | N4101 | Admin | Gordy |
| 11/07/2017 | | | | Appointment - 1:00 PM<br>PostOp | | | | | |
| 11/07/2017 | | | | Post Op | C | 0.00 | N4101 | Admin | Gordy |
| | | | | Explained to patient that we cannot buildup teeth to make her teeth even; not possible as all are hitting evenly with articulating paper. pt reports that teeth shifted in two days and wants them straigtened again.<br>Dr. Gordy | | | | | |
| 11/14/2017 | | | | Email - Treatment Plan for Michelle Roberts | | | | | |

Good Morning Ron,

Attached is the Treatment Plan for patient Michelle Roberts.

Thanks,

Crystal
Mills Park Dental
1327 North Mills Avenue
Orlando, FL 32803
407 228 1353
www.millsparkdental.com

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipients(s) and may contain confidential and privileged information including Protect Health Information. Any unauthorized review, use disclosure, or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

| 11/16/2017 | | | | Comm - Misc | | | | Admin | |
| | | | | Pt called and left a message at 7:16 am. Pt also called three other times today......cb | | | | | No Signature |
| 11/17/2017 | | | | Appointment - 10:00 AM<br>This appt is for Dr. Gordy and Dr. Reid to speak to pt and possible eval & trea | | | | | |

11/07 Dr Reid x Tooth Post
12/27

| Date | Patient | Code | Tooth | Description | Charges | Credits | Balance |
|---|---|---|---|---|---|---|---|
| 02/17/2012 | Michelle | D2391 | 28 | B resin-based composite - one surface, posterior | 108.80 | | 108.80 |
| 02/17/2012 | Michelle | D2392 | 29 | OB resin-based composite - two surfaces, posterior | 141.95 | | 250.75 |
| 02/17/2012 | Michelle | D2391 | 31 | B resin-based composite - one surface, posterior | 108.80 | | 359.55 |
| 02/17/2012 | Michelle | D5213 | | maxillary partial denture - cast metal framework with resin denture bases (including any conventional clasps, rests and teeth) #3 | 1,083.75 | | 1,443.30 |
| 02/17/2012 | Michelle | D5212 | | mandibular partial denture - resin base (including any conventional clasps, rests and teeth) #30 | 743.75 | | 2,187.05 |
| 02/17/2012 | Michelle | Claim | | Pri Claim $2,187.05 Ryan White Title I Received 03/21/2012 Payment: $2,187.05 | | | |
| 03/21/2012 | Michelle | InsPay | | Insurance Payment for Claim 02/17/2012 | | 2,187.05 | 0.00 |
| 04/30/2012 | Michelle | Adjust | | BROKEN Appt w/o 48 hrs Notice or NoShow | 0.00 | | 0.00 |
| 06/11/2012 | Michelle | Adjust | | BROKEN Appt w/o 48 hrs Notice or NoShow | 0.00 | | 0.00 |
| 09/28/2015 | Michelle | D0150 | | comprehensive oral evaluation - new or established patient | 51.00 | | 51.00 |
| 09/28/2015 | Michelle | D0274 | | bitewings - four radiographic images | 39.10 | | 90.10 |
| 09/28/2015 | Michelle | D0330 | | panoramic radiographic image | 70.55 | | 160.65 |
| 09/28/2015 | Michelle | Claim | | Pri Claim $160.65 Ryan White Title I Received 11/16/2015 Payment: $160.65 | | | |
| 10/14/2015 | Michelle | D3320 | 28 | endodontic therapy, bicuspid tooth (excluding final restoration) | 527.85 | | 688.50 |
| 10/27/2015 | Michelle | D2752 | 28 | crown - porcelain fused to noble metal | 668.10 | | 1,356.60 |
| 10/27/2015 | Michelle | D2954 | 28 | prefabricated post and core in addition to crown | 212.50 | | 1,569.10 |
| 10/27/2015 | Michelle | D2392 | 31 | MB resin-based composite - two surfaces, posterior | 141.95 | | 1,711.05 |
| 10/27/2015 | Michelle | Claim | | Pri Claim $882.30 Ryan White Title I Received 12/16/2015 Payment: $882.30 | | | |
| 10/30/2015 | Michelle | D1110 | | prophylaxis - adult | 56.95 | | 1,768.00 |
| 10/30/2015 | Michelle | D4341 | | LR- periodontal scaling and root planing - four or more teeth per quadrant | 160.65 | | 1,928.65 |
| 10/30/2015 | Michelle | D4341 | | UR- periodontal scaling and root planing - four or more teeth per quadrant | 160.65 | | 2,089.30 |
| 10/30/2015 | Michelle | D4341 | | LL- periodontal scaling and root planing - four or more teeth per quadrant | 160.65 | | 2,249.95 |
| 10/30/2015 | Michelle | D4341 | | UL- periodontal scaling and root planing - four or more teeth per quadrant | 160.65 | | 2,410.60 |
| 10/30/2015 | Michelle | Claim | | Pri Claim $1,367.65 Ryan White Title I Received 12/16/2015 Payment: $1,367.65 | | | |
| 11/16/2015 | Michelle | InsPay | | Insurance Payment for Claim 09/28/2015 | | 160.65 | 2,249.95 |
| 12/08/2015 | Michelle | N4118 | 28 | PFM Seat (No Bill Ins) | 0.00 | | 2,249.95 |
| 12/16/2015 | Michelle | InsPay | | Insurance Payment for Claim 10/30/2015 | | 1,367.65 | 882.30 |
| 12/16/2015 | Michelle | InsPay | | Insurance Payment for Claim 10/27/2015 | | 882.30 | 0.00 |
| 01/11/2016 | Michelle | Adjust | | BROKEN Appt w/o 48 hrs Notice or NoShow | 0.00 | | 0.00 |
| 05/05/2016 | Michelle | D0274 | | bitewings - four radiographic images | 39.10 | | 39.10 |
| 05/05/2016 | Michelle | D4910 | | periodontal maintenance | 85.85 | | 124.95 |
| 05/05/2016 | Michelle | D5214 | | mandibular partial denture - cast metal framework with resin denture bases (including any conventional clasps, rests and teeth) #19 | 1,083.75 | | 1,208.70 |
| 05/05/2016 | Michelle | D5213 | | maxillary partial denture - cast metal framework with resin denture bases (including any conventional clasps, rests and teeth) #3 | 1,083.75 | | 2,292.45 |
| 05/05/2016 | Michelle | Claim | | Pri Claim $2,292.45 Ryan White Title I Received 06/07/2016 Payment: $2,292.45 | | | |
| 06/07/2016 | Michelle | InsPay | | Insurance Payment for Claim 05/05/2016 | | 2,292.45 | 0.00 |
| 06/30/2016 | Michelle | N4130 | | - Wax Try-in (unsent) | 0.00 | | 0.00 |
| 08/23/2016 | Michelle | N4120 | | Denture Deliver (No Bill Ins) | 0.00 | | 0.00 |
| 02/14/2017 | Michelle | D9986 | | missed appointment (No Bill Ins) | 0.00 | | 0.00 |

Anne Murugasu-Reid, DDS Mill Park Dental, P.A.
1327 North Mills Ave
Mills Park Dental P.A.
Orlando, FL 32803
(407)228-1353

**STATEMENT**
08/07/2018
Account Number 2894



Michelle Roberts
712 Nicolet Avenue
APT #93
Winter Park, FL 32789

Total: $0.00
-Ins Estimate: $0.00
=Balance: $0.00

**Michelle Roberts**

| Date | Patient | Code | Tooth | Description | Charges | Credits | Balance |
|---|---|---|---|---|---|---|---|
| 10/19/2011 | Michelle | D7250 | 3 | surgical removal of residual tooth roots (cutting procedure) | 188.70 | | 188.70 |
| 10/19/2011 | Michelle | D7250 | 4 | surgical removal of residual tooth roots (cutting procedure) | 188.70 | | 377.40 |
| 10/19/2011 | Michelle | D7210 | 20 | surgical removal of erupted tooth requiring removal of bone and/or sectioning of tooth, and including elevation of mucoperiosteal flap if indicated | 172.50 | | 549.90 |
| 10/19/2011 | Michelle | D7250 | 30 | surgical removal of residual tooth roots (cutting procedure) | 188.70 | | 738.60 |
| 10/19/2011 | Michelle | Claim | | Pri Claim $738.60 Ryan White Title I Received 11/28/2011 Payment: $738.60 | | | |
| 11/18/2011 | Michelle | D0150 | | comprehensive oral evaluation - new or established patient | 51.00 | | 789.60 |
| 11/18/2011 | Michelle | D1110 | | prophylaxis - adult | 56.95 | | 846.55 |
| 11/18/2011 | Michelle | D4355 | | full mouth debridement to enable comprehensive evaluation and diagnosis | 140.00 | | 986.55 |
| 11/18/2011 | Michelle | Claim | | Pri Claim $247.95 Ryan White Title I Received 01/10/2012 Payment: $247.95 | | | |
| 11/28/2011 | Michelle | InsPay | | Insurance Payment for Claim 10/19/2011 | | 738.60 | 247.95 |
| 12/30/2011 | Michelle | D2391 | 4 | B resin-based composite - one surface, posterior | 108.80 | | 356.75 |
| 12/30/2011 | Michelle | D2391 | 5 | B resin-based composite - one surface, posterior | 108.80 | | 465.55 |
| 12/30/2011 | Michelle | D2332 | 7 | IFL resin-based composite - three surfaces, anterior | 147.05 | | 612.60 |
| 12/30/2011 | Michelle | D2332 | 8 | IFL resin-based composite - three surfaces, anterior | 147.05 | | 759.65 |
| 12/30/2011 | Michelle | D2331 | 9 | IL resin-based composite - two surfaces, anterior | 120.70 | | 880.35 |
| 12/30/2011 | Michelle | D2331 | 10 | IL resin-based composite - two surfaces, anterior | 120.70 | | 1,001.05 |
| 12/30/2011 | Michelle | D2391 | 12 | B resin-based composite - one surface, posterior | 108.80 | | 1,109.85 |
| 12/30/2011 | Michelle | D2391 | 13 | B resin-based composite - one surface, posterior | 108.80 | | 1,218.65 |
| 12/30/2011 | Michelle | Claim | | Pri Claim $970.70 Ryan White Title I Received 01/31/2012 Payment: $970.70 | | | |
| 01/10/2012 | Michelle | InsPay | | Insurance Payment for Claim 11/18/2011 | | 247.95 | 970.70 |
| 01/31/2012 | Michelle | InsPay | | Insurance Payment for Claim 12/30/2011 | | 970.70 | 0.00 |

2017-11-14 17:06   Hope and Help Center 4078662793 >> 4072281394   P 1/2

# ORLANDO EMA RYAN WHITE PART A PROGRAM
## ORAL HEALTH PURCHASE ORDER

Date Issued: 11/14/2017　　Referring Case Management: Hope and Help of Central Florida　　P.O. # 9920527

### CLIENT INFORMATION

| Social Security #: 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 | URN: MCRB1103662 | RW Client ID: 2143 | Medicaid #: 6687682759 |
|---|---|---|---|
| Client Name: MICHELLE LEE ROBERTS | (407) 725-2306 | | Eligibility EXP: 01/31/2018 |

### PROVIDER INFORMATION

| Provider Name: Anne Reid | Business Office Contact Person: Anne Reid |
|---|---|
| Address: 1327 N. Mills Ave. | |
| City: Orlando | State: FL |
| Phone: (407) 228-1353 | Fax: (407) 228-1394 | Zip: 32803 |
| | | E-mail: |

### SERVICES SCHEDULED

TOTAL $145.00

| SERVICE CODE | SERVICE DESCRIPTION | DATE OF SERVICE | AMOUNT AUTHORIZED |
|---|---|---|---|
| D0120 | Periodic Oral Evaluation | 11/28/2017 | $50.00 |
| D4910 | Periodontal maintenance | 11/28/2017 | $85.00 |
| D4921 | Irrigation associated with Chlorhexidine | 11/28/2017 | $10.00 |

FU oral health care treatment purchase order submitted to the dental office of Mills Park Dental.

### THE REFERRING AGENCY CERTIFIES:

Authorizer Name: Ronald Ellstrom-Oliver　　Phone: (407) 646-2677　　FAX: 407 866 2793

Authorizer Signature: _[signature]_　　Date: 11/14/17

Approval Signature: ___　　Title: ___　　Date: ___

Valid only if Provider has current MOA with Orange County Gov/Orlando EMA Ryan White Part A Program or these services. Services must be provided and billed in accordance with approved fees schedule or billing agreement.
**Valid for 60 days from the date issued**

---

*This approval was void. We did not see patient for this treatment plan.*

2017-10-12 12:06   Hope and Help Center 4078662793 >> 4072281394   P 1/2

## ORLANDO EMA RYAN WHITE PART A PROGRAM
## ORAL HEALTH PURCHASE ORDER

Date Issued: 10/12/2017                    P.O. # 9819991

Referring Case Management: Hope and Help of Central Florida

**CLIENT INFORMATION**

| Social Security # 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 | URN: MCRB1103682 | RW Client ID: 2143 | Medicaid # 8857582759 |
|---|---|---|---|
| Client Name: MICHELLE LEE ROBERTS | (407) 417-8253 | | Eligibility EXP: 01/31/2018 |

**PROVIDER INFORMATION**

| Provider Name: Anne Reid | | |
|---|---|---|
| Address: 1527 N. Mills Ave. | Business Office Contact Person: Anne Reid | |
| City: Orlando | State: FL | |
| Phone: (407) 228-1353 | Fax: (407) 228-1394 | Zip: 32803 |
| | | E-mail: |

**SERVICES SCHEDULED**                         TOTAL    $ 95.00

| SERVICE CODE | SERVICE DESCRIPTION | DATE OF SERVICE | AMOUNT AUTHORIZED |
|---|---|---|---|
| D2330 | Resin based composite - one surface, anterior | 10/17/2017 | $95.00 |

FU ORH with Mills Park Dental

**THE REFERRING AGENCY CERTIFIES:**

Authorizer Name: Ronald Ellstrom-Oliver        Phone: (407) 645-2577    FAX: 407.866.2793

Authorizer Signature: _[signature]_

Approval Signature: _____    Title: _____    Date: 10/12/17

Valid only if Provider has current MOA with Orange County Gov/Orlando EMA Ryan White Part A Program or these services.
Services must be provided and billed in accordance with approved fees schedule or billing agreement.
Valid for 60 days from the date issued.

2017-10-02 09:56 Hope and Help Center 4078662793 >> 4072281394 P 1/2

## ORLANDO EMA RYAN WHITE PART A PROGRAM
## ORAL HEALTH PURCHASE ORDER

Date Issued: 10/02/2017　　　　　　　　　　　　　　　　　　P.O. # 9919798

　　　　　　　　　　　　　Referring Case Management: Hope and Help of Central Florida

**CLIENT INFORMATION**

| Social Security # 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 | URN: MCRB1103682 | RW Client ID: 2143 | Medicaid # 8657582759 |
|---|---|---|---|
| Client Name: MICHELLE LEE ROBERTS | (407) 417-8253 | | Eligibility EXP: 01/31/2018 |

**PROVIDER INFORMATION**

| Provider Name: Anne Reid | Business Office Contact Person: Anne Reid |
|---|---|
| Address: 1327 N. Mills Ave. | |
| City: Orlando | State: FL | Zip: 32803 |
| Phone: (407) 228-1353 | Fax: (407) 228-1353 | E-mail: |

**SERVICES SCHEDULED**

TOTAL　$68.00

| SERVICE CODE | SERVICE DESCRIPTION | DATE OF SERVICE | AMOUNT AUTHORIZED |
|---|---|---|---|
| D0140 | Limited oral evaluation - problem focused | 10/16/2017 | $50.00 |
| D0220 | Intraoral - periapical first film | 10/16/2017 | $18.00 |

Emergency oral health authorization.

**THE REFERRING AGENCY CERTIFIES:**

Authorizer Name: Ronald Ellstrom-Oliver　　Phone: (407) 645-2577　　FAX: 407.846.2773

Authorizer Signature: _[signature]_　　　　　　　　　　　　　　　Date: 10/2/17

Approval Signature: _____　Title: _____　Date: _____

Valid only if Provider has current MOA with Orange County Gov/Orlando EMA Ryan White Part A Program or these sevices. Services must be provided and billed in accordance with approved fees schedule or billing agreement.
**Valid for 60 days from the date issued**