

**Orange County**
# Consumer Fraud Unit

415 North Orange Avenue
Post Office Box 1673
Orlando, Florida 32802
407-836-2490



Aramis D. Ayala
State Attorney

Teresa Jacobs
Orange County
Mayor

October 8, 2018

Carlos J. Morales
Administrator

Michelle Roberts
712 Nicolet Ave
Apt 93
Winter Park, FL 32789

Greetings:

For over 30 years the Orange County Board of County Commissioners and the Office of the State Attorney 9th Judicial Circuit has partnered to establish and maintain the Orange County Consumer Fraud Unit. It is the one place in Orange County that a consumer can turn to for mediation of consumer disputes including home repairs and, when necessary, present criminal charges to the Office of the State Attorney. Since its inception, millions of dollars have been recovered for consumers and hundreds of criminal charges have been filed.

The Orange County Consumer Fraud Unit protects the financial well-being of our seniors, our working families and everyone else who depends on a fair marketplace. Consumers, regardless of their age, sex, income or other factors must be able to trust the offers they see and businesses they hire. Consumer protection and education play a vital role in protecting and defending against those individuals that take advantage of others during the course of a business transaction.

If you need assistance on any consumer-related issue or if you have any questions please contact us. For your convenience we are enclosing a complaint form. My email is cfaulk@sao9.org.

Sincerely,

C. L. Faulk
Investigator

EXIBIT F



**𝔒𝔯𝔞𝔫𝔤𝔢 𝔠𝔬𝔲𝔫𝔱𝔶**

# 𝔠𝔬𝔫𝔰𝔲𝔪𝔢𝔯 𝔉𝔯𝔞𝔲𝔡 𝔘𝔫𝔦𝔱

415 North Orange Avenue
Post Office Box 1673
Orlando, Florida 32802

407-836-2490



Aramis D. Ayala
State Attorney

Teresa Jacobs
Orange County
Mayor

Carlos J. Morales
Administrator

**COMPLAINT FORM**

## Consumer vs. Business Complaint Form

Dear Consumer,

Thank you for contacting us.  We are enclosing a complaint form for you to complete and return to us.  To prevent delay in the processing of your complaint, please make sure to enclose <u>copies</u> of all documents or papers that apply to your dispute.

Our office will evaluate your complaint to determine whether we have authority to take action in the matter and you will be notified if we need any additional information.  We reserve the right to forward your case to other agencies which may have direct regulating responsibility over the business/industry for which you are submitting a complaint.

Our role in the informal mediation of complaints is to present the consumer's complaint to the business for review in an effort to facilitate a resolution.  We cannot require businesses to take a particular action to resolve a dispute.

We cannot act as your private attorney.  Our investigators are not attorneys and cannot give legal advice or opinions.  If you feel you need legal advice, you will need to consult with a private attorney, legal aid society or other organizations.

Sincerely,

Orange County
Consumer Fraud Unit

**Important:**  Whoever knowingly makes a false statement in writing with the intent to mislead a public servant in the performance of his official duty shall be guilty of a misdemeanor of the second degree, punishable as provided in s. 775.082, s. 775.083 or s. 837.06, Florida Statutes.

Case #

Orange County, Florida - Board of County Commissioners
## Consumer vs. Business Complaint Form

**Mail completed form and all attachments (receipts, contracts, etc.) to:**

Orange County Consumer Fraud
P.O. Box 1673
415 N Orange Avenue          PH:  407-836-2490
Orlando, FL  32802           Fax: 407-836-1210
(Please print or type)

Your name: Michelle Roberts

Your mailing address: 712 Nicole Ave # Apt 93

City: Winterpark     State: FL     Zip code: 32789

Day time phone: (401) 725-2305     Alternate phone: (    )

Your e-mail address: NROBERTSCASE @ Gmail.com

How did you hear about us? Hope N Help

## Business or Person Complaint is Against:

Name: Ryan White Grantee Office

Mailing address: 2002 A East Michigan Street

Physical address if different: Orlando FL 32806     [ ] Same

City: _____     State: _____     Zip code: _____ - ____

Contact person: Need to find Superiors of this office **✳**

Phone: (    ) No Request     Fax: (    ) See Attachments

E-Mail Address: _____     Website: _____

## Dispute Information:

Date of transaction: 1/29/2018     Dollar amount in dispute (if applicable): X O     *Ignored Phone Calls*

Have you contacted the business/person about this dispute? ● Yes     O No  *(Written)*

Did you sign a contract, lease or other document? ● Yes     O No   *Request of Records*

What other agencies/organizations have you contacted for assistance and what was the outcome? Filed grievance with Ryan White claim was denied see attached **✳** Can find superiors - *Records*

What type of dispute resolution would you consider being mutually fair? To continue services with the Ryan White program

Dental Hosing Ect. Restoration of Teeth W/occlusion

**✳** Periodontal Treatment General Maintenance **✳**

**Description of your dispute:** Explain your complaint fully; describing events in the order they occurred. Use additional sheets as needed.

THE GRANTEE OFFICE EMPLOYEES SUCH AS KIMBERLY BROWN (EXAMPLE) HAVE GONE OUT OF THEIR WAY TO OBSTRUCT PROPER HEALTH CARE - OBSTRUCTION ✱

THE GRANTEE OFFICE HAS NOT RESPONDED WHAT SO EVER IN RESPONSE TO MY LETTERS - SINCE THERE IS EVIDENCE THAT THERE IS A SEVERE CONDITION OPD1 - THIS MISDIRECTION HAS CHANGED THEIR TACTICS - BY PREMEDITATION ACTIONS SUCH AS THE DOCUMENT DISPLAYED.

THROUGH THIS PROCESS I HAVE HAD DIFFICULTY OBTAINING MY MEDICAL RECORDS FROM KROPP & HELP - BEING MET WITH EXCUSES - YET THEY ARE KNOWLEDGEABLE OF THE DOCUMENTATIONS ON THE RECORDS. - ALSO FROM OTHER PROVIDERS -

✱ THIS IS A SET UP TO DISMISS ME FROM THE RYAN WHITE DENTAL PROGRAM - A PREMEDITATED EXPERIMENT.

✱ I MICHELE ROBERTS RESERVE MY RIGHT TO REFUSE SERVICES IF THE HEALTH CARE DOES NOT BENEFIT ME. THERE HAS BEEN NO DISRESPECT WHATSOEVER - I HAVE STOOD MY GROUND FIRMLY - THIS IS NOT ARGUMENTATIVE - [scribbled]

### PLEASE READ THE FOLLOWING DISCLOSURE STATEMENT

Whoever knowingly makes a false statement in writing with the intent to mislead a public servant in the performance of his official duty shall be guilty of a misdemeanor of the second degree, punishable s provided in s. 775.082, s.775.083 or s.837.06, Florida Statutes.

All documents and attachments submitted with this dispute are subject to public inspection pursuant to Chapter 119, Florida Statutes. **Please do not include Social Security numbers, bank/credit card account numbers or medical records with your information (unless specifically requested).** If we begin an investigation, a copy of your complaint will be mailed to the person or business you are complaining about **unless** you indicate otherwise.

I hereby certify that I have read this disclosure statement and that the information submitted on this complaint form and in the attached documents are true and complete to the best of my knowledge and belief.

Signature: _____   Date: 4/27/2018 _____

Your age category:
O Under 20   O 20-29   O 30-39   ●40-49   O 50-59   O 60-69   O 70-79   O 80-89   O 90+

**What we do:** The Orange County Consumer Fraud Unit is tasked with the investigation of consumer complaints. In this capacity we provide two basic services for consumers. First, we attempt to mediate consumer complaints through informal contact with the parties involved. Secondly, we investigate complaints to gather evidence of violations of Florida Statutes for criminal prosecution by the State Attorney's Office.

**If you have a dispute:** Please be sure you have made an effort to resolve the matter by dealing directly with the manager or owner of the business. If you have exhausted all attempts to resolve the matter, complete this form and return it to our office. We are not attorneys and cannot represent you legally. We will contact the business and notify you of our findings.

**Orange County Consumer Fraud Unit**
www.orangecountyfl.net
415 N Orange Avenue
P.O. Box 1673
Orlando, FL  32802

PH: (407) 836-2490    FAX: (407) 836-1210
Email:  fraudhelp@sao9.org



**Orange County**
# Consumer Fraud Unit

415 North Orange Avenue
Post Office Box 1673
Orlando, Florida 32802
407-836-2490



Aramis D. Ayala
State Attorney

Teresa Jacobs
Orange County
Mayor

Carlos J. Morales
Administrator

May 3, 2018

Michelle Roberts
712 Nicolet Ave. # 93
Orlando, FL. 32789

RE:   Dr. Ryan White

Dear Consumer:

We have received your complaint.   After a careful review it appears that we do not have jurisdiction in the matter.   We have forwarded your complaint to the following agency.   Please contact them if you have questions regarding the status of your case.

Florida Department of Health
Consumer Services Unit
4052 Bald Cypress Way, Bin C-75
Tallahassee, FL 32399-3275
850-245-4339

Thank you for bringing this matter to our attention and please contact us again if you need assistance on any other consumer-related issue.

Sincerely,

Carlos J. Morales
Administrator, Investigative Unit

CJM: wk

Cc:   Florida Department of Health

**FedEx Office - Fairbanks Ave.**

| | |
|---|---|
| **From:** | M Roberts <robertsfile777@gmail.com> |
| **Sent:** | Thursday, May 2, 2019 12:07 PM |
| **To:** | usa1666@fedex.com |
| **Subject:** | [EXTERNAL] From Michelle Roberts please put in file with description for flash drive all pics possibly print for poly |
| **Attachments:** | 20190222_201006.jpg; 20180418_210534.jpg; 20180529_230954.jpg |

Reid 12/4/17
Adjust canine by build up only right sie
Headaches neck aches ear aches neck popping start in November with slurred speech
The start of excruciating pain on lower anteriors
Migration of teeth globally upper lower alignment damages permanent damages from shifting 567 drops 27 28 29 turn inward protrusions upper lower left side front Forest pressure on left

## FedEx Office - Fairbanks Ave.

**From:** M Roberts <robertsfile777@gmail.com>
**Sent:** Thursday, May 2, 2019 1:02 PM
**To:** usa1666@fedex.com
**Subject:** [EXTERNAL] From Michelle Roberts flash drive file
**Attachments:** 20190223_201613.jpg; 20190426_194306.jpg; 20190427_235601.jpg

Gordy Crown wears in 4 months
Ongoing pain suffering pressure neck aches headaches lower teeth upper teeth right

Here is What is Really
Troubling Health Services Did
Not Provide a "Purchase Order" 2 for
For Dates of Service 10/3/2017
(Dental Claim Forms) — 10/12/2017
                                    No Purchase Oder
                                    — Charged —
When I asked for
Health Services Pay Out
Ledger They Indicated
They Would only Provide
a 3 1/2 Year Record —

"Purchase Orders" are

Produced / Sent For Approval By
Case
Worker

& Then The Appointment is

Scheduled & Attended By Parent

Both Purchase Orders

Date of Service 10/17/2017

"Resin Based Composite"

Date of Service 10/18/2017

Prostan Focused Eval

& Film (First Film)   or (6:8
Look Source)

10/16/2017

I WAS NOT PRESENT
ON EITHER OF THESE DATES

NOR IS IT CHARGED — 10/17/2017
10/18/2017

ONLY NOTION IS THAT I CALLED
ON 10/18/2017 ?

* COULD THIS BE A DOUBLE
BILLING INTENT? BUT THEN
REDACTED BECAUSE OF REVIEW
I POSTED ABOUT CJO? NOTE FRAUD —

SOMETHING IS NOT RIGHT HERE —

**FedEx Office - Fairbanks Ave.**

| | |
|---|---|
| **From:** | M Roberts <robertsfile777@gmail.com> |
| **Sent:** | Thursday, May 2, 2019 11:12 AM |
| **To:** | usa1666@fedex.com |
| **Subject:** | [EXTERNAL] From Michelle Roberts evidence |
| **Attachments:** | 20180418_202212.jpg; 20180418_201022.jpg; 20190502_110420.jpg |

 Bruce Gordy
Files excessively stating " I FILED THEM DOWN TOO LOW

Pic 1 before 10/17
Pic 2 10/ 11 28 crown  29 never charted
Pic 3 7 filled backside Bill's Federal agency twice for procedure not performed10/12/17







**FedEx Office - Fairbanks Ave.**

| | |
|---|---|
| **From:** | M Roberts <robertsfile777@gmail.com> |
| **Sent:** | Thursday, May 2, 2019 11:28 AM |
| **To:** | usa1666@fedex.com |
| **Subject:** | [EXTERNAL] Re: From Michelle Roberts evidence |
| **Attachments:** | 20180418_200552.jpg; 20180418_200822.jpg; 20180418_200726.jpg |

Gordy 10/2017
Diagnosis files 21 23 10 discovered teeth filed to nerve
Pic 1 canines
Pic 2 21 23 10 damages 24 11 brakes
Pic 3 induces malocclusion pain suffering migration of teeth destroying teeth & occlusion & alignment upper lower

On Thu, May 2, 2019, 11:11 AM M Roberts <robertsfile777@gmail.com> wrote:
  Bruce Gordy
Files excessively stating " I FILED THEM DOWN TOO LOW

  Pic 1 before 10/17
  Pic 2 10/ 11 28 crown  29 never charted
  Pic 3 7 filled backside Bill's Federal agency twice for procedure not performed10/12/17

1







## FedEx Office - Fairbanks Ave.

| | |
|---|---|
| **From:** | M Roberts <robertsfile777@gmail.com> |
| **Sent:** | Thursday, May 2, 2019 11:41 AM |
| **To:** | usa1666@fedex.com |
| **Subject:** | [EXTERNAL] Re: From Michelle Roberts evidence |
| **Attachments:** | 20190222_201804.jpg; 20190222_201308.jpg; 20190222_201137.jpg |

Reid 12/4/2017 repeatedly States I have no idea what I'm doing documented chart note
Pic 1 only builds up 2124 repairs 11 refiles 2328 29 never replaces crown or restores seven stops Midway procedure abandons case shifting bite further to right

On Thu, May 2, 2019, 11:27 AM M Roberts <robertsfile777@gmail.com> wrote:
Gordy 10/2017
Diagnosis files 21 23 10 discovered teeth filed to nerve
Pic 1 canines
Pic 2 21 23 10 damages 24 11 brakes
Pic 3 induces malocclusion pain suffering migration of teeth destroying teeth & occlusion & alignment upper lower

On Thu, May 2, 2019, 11:11 AM M Roberts <robertsfile777@gmail.com> wrote:
Bruce Gordy
Files excessively stating " I FILED THEM DOWN TOO LOW

Pic 1 before 10/17
Pic 2 10/ 11 28 crown  29 never charted
Pic 3 7 filled backside Bill's Federal agency twice for procedure not performed10/12/17













## FedEx Office - Fairbanks Ave.

**From:** M Roberts <robertsfile777@gmail.com>
**Sent:** Thursday, May 2, 2019 12:26 PM
**To:** usa1666@fedex.com
**Subject:** [EXTERNAL] Re: From Michelle Roberts please put in file with description for flash drive all pics possibly print for poly
**Attachments:** 20181120_223140.jpg; 20190303_212102.jpg; 20181221_105542.jpg

Gordy November December 2018 attempts to stop pain only already knew damages were prevalent could not get Healthcare in any way
 Pic 1Temp 28
Pic 2 permanent damage has 5 6 7 drop 27 28 29 migrate inward creating lateral narrowing lower teeth and upper

On Thu, May 2, 2019, 12:07 PM M Roberts <robertsfile777@gmail.com> wrote:
 Reid 12/4/17
 Adjust canine by build up only right sie
 Headaches neck aches ear aches neck popping start in November with slurred speech
 The start of excruciating pain on lower anteriors
 Migration of teeth globally upper lower alignment damages permanent damages from shifting 567 drops 27 28 29 turn inward protrusions upper lower left side front Forest pressure on left







## FedEx Office - Fairbanks Ave.

**From:**          M Roberts <robertsfile777@gmail.com>
**Sent:**          Thursday, May 2, 2019 12:51 PM
**To:**            usa1666@fedex.com
**Subject:**       [EXTERNAL] From Michelle Roberts file for flash drive possible print
**Attachments:**   20190407_004808.jpg; 20190427_210154.jpg; 20190402_010001.jpg

GOEDY 2018
31 28 crowns disproportionate lower than General natural teeth
Pic 2 builds up right side excessively higher
Pic3 lateral narrowing and tucking in a front teeth no pain relief