











**FedEx Office - Fairbanks Ave.**

| | |
|---|---|
| **From:** | M Roberts <robertsfile777@gmail.com> |
| **Sent:** | Thursday, May 2, 2019 1:08 PM |
| **To:** | usa1666@fedex.com |
| **Subject:** | [EXTERNAL] Michelle Roberts evidence flash drive file possible print |
| **Attachments:** | 20190427_235605.jpg; 20190428_180312.jpg; 20190428_180027.jpg |

Facial distortions slurred speech increased on right side biting of tongue and cheek and lips no chewing power right side further deterioration
Inability to smile properly constant pain on right side of neck tension on TMJ ongoing headaches

1













Qoebf 10/11/2017





Rein 12/4/2017
Furbux Sauabe

2/20/2018

Feb 2018



Nov 2016

Oct 2018



FEB 2018

Nelstorive

Gordy

Oct 2018

FEB 2018





OCT 2018







Lach Orthodontic Specialist
4250 Alafaya Trail #180

Oviedo, FL  32765
407 359-1960
Patient: Michelle Roberts
DOB: 11/3/1968
DATE: 04/17/2018





