






## Lach Orthodontic Specialist

4250 Alafaya Trail #180

Oviedo, FL  32765
407 359-1960

Patient:  Michelle Roberts
DOB: 11/3/1968
DATE: 04/17/2018







**Dynamic Smile Design**
**407-895-5600**

Roberts, Michelle  (5638)

# 5/7/2018



# 5/7/2018



# 5/7/2018



**Dynamic Smile Design**
**407-895-5600**

\#   5/7/2018



\#   5/7/2018



\#   5/7/2018





5/7/2018                                    #



5/7/2018                                    #



5/7/2018                                    #



5/7/2018                                    #

| DOB | 11/03/1968 |
|---|---|
| AGE | 49 yrs |
| SEX | Female |
| PRN | RM814999 |

T  (407) 678-3255
F   (407) 599-5966
1035 NORTH ORLANDO AVENUE
SUITE 201
Winter Park, FL 32789

| Current Diagnoses | ACUITY | START | STOP |
|---|---|---|---|
| (K08.9) Disorder of teeth and supporting structures, unspecified | Chronic | 01/09/2018 | |
| (F80.0) Phonological disorder | Acute | 12/11/2017 | |

popping
*malocclusion(edge to edge/deep bite anterior - 3mm
* mobility shifting lower anterior pain
* severe cross bite posterior
* phonological disorder /Lisping in speech (right side)   :per PCP
* cheek sagging right side facial
* protruding bulge left side mouth facial
*sores on roof of mouth (right side) from deep bite anterior
* excessive shifting lower anterior teeth tipping over and collapsing (
causing loose and mobility in teeth & jutting out- from pressure- chronic
pain
* trauma to upper(backside) of anterior teeth (lower anterior teeth(jutting
forward) driving into back of upper anterior ) causing wear on back of teeth
soreness sensitivity shifting (fanning out)
*lower anterior protrusions tipping forward-
Cutting /slicing inside of lips and below lips
*difficulty eating -Lost ability to chew properly
*malocclusal tension
*acidic condition causing vomiting
* difficulty chewing from occlusion - deviation
* gingivitis
* deep pockets
* Sores on gum lines
* gum recession
* tooth nerve exposed from gum recession-sores
* loose teeth
* sores globally rendering complete inability to eat
* inability to chew length of time
* soft food diet
* liquid diet-smoothies
* tasting blood
* gums bleeding
* mouth bleeding from sores on entire mouth( compensating from painful
areas)
* chronic  constant lower anterior pain teeth and lower jaw base pain
* inappropriate distribution of pressure on lower anterior teeth (causing
shifting and collapse) and upper anterior teeth( causing shifting pain
sensitivity and wear
* pressure and pain lower anterior teeth
* bite unstable



 **FLORIDA DENTAL IMPLANT**
& AESTHETIC CENTER
*One Stop Service*

746 Stirling Center Place, Ste. 1100
Lake Mary, Fl. 32746
Phone: 407-878-2651  Fax: 407-878-7012

Date: 7/03/2018

Ms Michelle Roberts presented with sensitivity on upper and lower anterior teeth. Please perform endodontic evaluation of maxillary and mandibular anterior teeth.

Thank you,

Mohammad K. Zaman, BDS.MS

# Chart Progress Notes
## Michelle Roberts

| Date | Tin | Surf | Dx | Description | Stat | Prov | Proc Code | User | Signed |
|------|-----|------|-----|-------------|------|------|-----------|------|--------|
| 05/21/2018 | | | | comprehensive oral evaluation - new or established patient | C | Dr. Z | D0150 | Dr. Zaman | Signed |
| | | | | Presented for an evaluation for restoring teeth<br>Chief complaints:" I have problem with occlusion." Pt stated her teeth # 7 ( backside) ,28 crown and 29 were filed down. teeth # 21,23 filed down to nerve, teeth # 10,24 filed down to nerve and are sensitive. Composite filling were added on # 10,21,23,24,29. tooth # 11 chipped and was refilled. teeth # 21,23,29 are sensitive and have pain.<br>Pt complains of muscle strain and feels symptoms are caused by occlusion. 20 years ago suffered assault and fractured mandible- anterior region.<br>Med Hx reviewed.<br>EOE: wnl, no lymphadenopathy.<br>IOE: Gingiva healthy, mucosa, hard and soft palate- wnl<br>Kennedy Cl III edentulism on maxilla, Kennedy Cl II div 1 mandible. Mild wearing on occlusal surface and incisal edge. uneven occlusal plane and gingival Zenith.<br>Lower mid line noted 3 mm to the left, 1 deg mobility on # 5, 9,10, PD 3-4mm, localized BOP<br>Fremitus on the maxillary anterior teeth<br>Group function on right/ left excursion<br>Guiding on 7 on protrusion<br>TMJ evaluation: Deviation of mandible on opening to the left<br>Maximum opening 42mm<br>Right masseter and Left medial Pterygoid slightly tender on palpation, No noise on opening and closing.<br>Panoramic and FMX evaluated<br>Dx: Occlusal disharmony<br>    Loss of posterior support<br>    Secondary occlusal trauma.<br>Full mouth reconstruction recommended for optimal occlusion and function.<br>Diagnostic casts and wax-up suggested before finalizing treatment plan. | | | | | | |

Dental Clinic

2018/05/14  PM 02:50:16

Name : michelle roberts(Female)   Chart No : 20180423_111317
Date of Birth : 1997/01/20(YYYY/MM/DD)



Date of Recording : 2018/04/23 AM 11:28:05
kVp : 0.0   mA : 0.0   DAP : 0.0000

TIME 2:23 PM                                    **Avalon Dental Group**                                    DATE 2/8/2018

## Patient Notes Master
### FOR
### Michelle Roberts

| Date Entered | Format | Type | Tooth | Status | User | |
|---|---|---|---|---|---|---|
| 1/18/18 9:38 AM | Text | General | | Verified | Kheisa Lopez | This note has not been modified |

Pt showed up as a walk-in, stating that she is in pain and has a broken tooth in the back. khe

| Date Entered | Format | Type | Tooth | Status | User | |
|---|---|---|---|---|---|---|
| 1/18/18 1:21 PM | Text | General | | Verified | Lona Chen, DMD | This note has not been modified |

Limited exam:  CC: Pt stated that she thinks a filling broke on one of her teeth. She told front desk that she thought one of the fillings on her back tooth broke. During her appointment, she stated that when she was eating pizza, she felt something gritty while she was chewing. And she stated that she thought that possibly one of her upper front fillings broke, but she did not know from which tooth. Clinical evaluation showed no changes since last visit. Did not see any broken or missing restorations or teeth. Pt stated that Tooth #29 was sore. Explained to pt that due to her multiple missing teeth, she is placing more stress on that tooth and her remaining teeth. Reiterated with patient that shifting of teeth and possible discomfort was due to multiple missing teeth, but patient still refused to accept explanation. Pt stated that she does not believe that and stated that it was because the other dentist had ground her teeth, causing her teeth to have symptoms that she had brought up from previous appointment. She stated that the wear on her teeth was caused by the dentist from the previous dental office; however, wear on teeth appear like normal wear. Again, no significant findings clinically or radiographically noted in areas of pt's complaint. pt stated that she had visited an orthodontist and that the orthodontist had referred her to a prosthodontist.
Dr Chen/stef

| Date Entered | Format | Type | Tooth | Status | User | |
|---|---|---|---|---|---|---|
| 2/08/18 2:23 PM | Text | General | | Verified | Kheisa Lopez | This note has not been modified |

Pt requested records and has signed release form. As patient requested sent to: Altamonte@greenbergdental.com, Concorddental@gmail.com, Site2108@coastdental.com and her email petz604@yahoo.com. Khei



10:15 AM

Practice - Hunter's Creek Dental Center - 3924 Town Center Blvd. - ORLANDO, FL 328376103 - (407) 240-1500
Patient - Michelle L. Roberts - 712 Nicolet Ave #93 - Winter Park, FL 32789 -

03/20/2018

Pano
03/20/2018

**Treatment Plan**

**Patient:** Michelle Roberts
**Birthdate:**
**Provider:** Bruce Gordy DMD PA
**Phone:** (407)422-1130
**Office:** 1216 Edgewater Dr
Orlando, FL 32804

**Chart #:** 010365

**Date:** 11/05/2018
**SS#:**

| Ord | Th | Surf | Description | Fee | Pat | Pri Ins | Sec Ins |
|-----|----|------|-------------|-----|-----|---------|---------|
| ? | 21 | OB | D2392:Resin composite-2s, posterior | 235.00 | 235.00 | 0.00 | 0.00 |
| ? | 28 | | d2740:Crown-porcelain/ceramic substr | 1095.00 | 1095.00 | 0.00 | 0.00 |
| ? | 29 | OB | D2392:Resin composite-2s, posterior | 235.00 | 235.00 | 0.00 | 0.00 |
| ? | 31 | | d2740:Crown-porcelain/ceramic substr | 1095.00 | 1095.00 | 0.00 | 0.00 |
| | | | **Sub Total:** | **2660.00** | **2660.00** | **0.00** | **0.00** |

| | |
|---|---|
| **Treatment Plan Total** | 2,660.00 |
| **Estimated Deductible to be Applied** | 0.00 |
| **Estimated Insurance Payment** | 0.00 |
| **Estimated Patient's Portion** | 2,660.00 |

| Dental Insurance Benefits | | Patient | | Family | |
|---|---|---|---|---|---|
| | | Primary | Secondary | Primary | Secondary |
| **Annual Plan Benefits** | | 0.00 | 0.00 | 0.00 | 0.00 |
| **Paid Benefits YTD** | | 0.00 | 0.00 | 0.00 | 0.00 |
| **Pending Insurance Est. YTD** | | 0.00 | 0.00 | 0.00 | 0.00 |
| **Est. Benefits Remaining YTD** | | 0.00 | 0.00 | 0.00 | 0.00 |
| **Benefits Expire** | | | | | |
| **Deductible Owed YTD** | Standard | 0.00 | 0.00 | 0.00 | 0.00 |
| | Preventive | 0.00 | 0.00 | 0.00 | 0.00 |
| | Other | 0.00 | 0.00 | 0.00 | 0.00 |

**Primary Dental Insurance:**

**Patient name:** Michelle                     **PROGRESS NOTES**

| [Date] | Tooth | Surface | |
|--------|-------|---------|---|
| 1/1/18 | | | Lengthy discussion of occ. Chief complaint |
| | | | "I am hitting on anterior teeth" |
| | | | Wants to build up 21, 28, 29, & 31 to take pressure |
| | | | off ant |
| | | | TP  21 occ comp B |
| | | | 28 redo C |
| | | | 29 occ comp B          CM |
| | | | 31 C |
| | | | Explained my concerns about only 4 teeth |
| | | | taking the load |
| 11/5/18 | | | Gave patient treatment plan |
| 12/9/18 | 28 | | C new |
| | 31 | | Comp Imp in Tooth     1 Sgt          CM |
| | | | Consent signed |
| | | | Explained that we are making occ 1 mm higher |
| | | | than ant teeth |
| 12/7/18 | 31 | | Remade Temp Recemented c̄ nextemp  (T.P) |
| 12/13/18 | 28 | | Cis cm w 6 C |
| | 31 | | " |
| | 21 | 0 | Est. + bld up          CM |
| | 29 | 0 | |
| | | | explained that she might have problems with occ |
| | | | only on 4 teeth. Can be adjusted |
| 12/17/18 | | | Pat complains see letter. Unable to explain |
| | | | to patient. Has her own opinion. She would CM |
| | | | not let me adjust occ |



# IMPLANT & COSMETIC DENTISTRY
## KOYFMAN DENTAL

1255 West Colonial Drive   Orlando, FL 32804

Presented by:   Cathy

Patient Name:   Michelle Roberts

Date:   2/6/2019

Summary of Treatment Plan:

| Treatment | | Amount |
|---|---|---|
| Wax up 9Temporary Stents) both Upper and lowers 25 teeth | | $ 1,000.00 |
| Cleaning/Fluoride tx | | $ 117.00 |
| Temporary crowns 14 on upper and 11 on lower each 300.00 | | $ 7,500.00 |
| Will wear for 10-12 months | | |
| Final crowns 14 on upper, 10 on lower | | $ 28,560.00 |
| Implant #30 ($1899)with blood draw ($175) | | $ 2,074.00 |
| Lower Flipper to replace Lower Left back teeth | | $ 512.00 |
| | TOTAL | $ 39,763.00 |

Estimate Insurance Payments
Balance due from patient:                               $ 39,763.00

**Pay in full**                                    Total due:  $ 39,763.00

**In House Financing**                 4 monthly payments :  $10,437.79
5% Interest fee

**Care Credit /Lending Club/ Wells Fargo** (patients with healthy credit)
6 monthly payments of:  $6,627.17
12 monthly payments of:  $3,313.58
36 monthly payments of:  $1,270.21
60 monthly payments of:  $762.12

### I Choose:
☐ Save money
☐ No Credit Check

Card#_____  Exp:_____

☐

$_____ per month

### Notes:
if Making 3 payments no interest:
$ 13,254.33

if we place
implants each 1899
includes abutment / Crown

I understand that the amount due is my responsibility. I understand that the above estimated fees are based on my treatment plan as listed above. The treatment plan may change, altering the total cost of care. If I choose the in house financing, I understand my credit card on file will be charged for the monthly installments on the _____ of each month.
*For Insurance users: I understand that the amount due is my responsibility and that insurance is billed as a courtesy to assist me in paying my obligation. I understand that insurance figures provided are estimates only. If the insurance company pays more, I will receive a refund. If the insurance company pays less, I will receive a bill for the difference or my credit card on file will be charged the shortage. I understand that if my insurance company fails to pay within 60 days of the claim being submitted, the full amount of the insurance portion is my responsibility and I will make payment in full. I understand that the above estimated fees are based on my treatment plan as listed above. The treatment plan may change, altering the total cost of care. If I choose in house financing, I understand my credit card on file will be charged for the monthly installments on the _____ of each month.

_____          _____
Patient (or responsible party) Signature                    Date

ALL FEES ON THIS FORM WILL BE HONORED FOR 6 MONTHS FROM THE DATE PRESENTED

Date: 2/7/2019

# Clinical Notes
### All Dates
### All Providers
### Patient: Michelle Roberts

Page #: 1

---

**Patient:** Michelle Roberts                                                                    SS #: ### ##-3691
**Birthdate:** 11/3/1968                                                                         Chart #: RO0293

**2/6/2019  12:06:15 PM  DDS2**                                    **Note Created On: 2/6/2019  12:06:15 PM**

I Presented pt with her dental needs. Patient started out by telling me that someone with an agency is helping her financially. Patient needs to open her bite up/ . We will get wax up and temp stents for 14 upper and 11 lowers.she will wear temporary crowns for 10-12 months. Patient needs to see surgeon for bone grafting Upper right and lower left, and sinus surgery upper right. Pt has option of wearing lower left flipper, she doesn't like removable things. Patient asked what implant cost ( the  surgery may place Upper Right and lower Left) I gave her our cost if they are done here after the bone surgery. ( $1899 each). I reviewed that the temporaries will close the space on the upper and lower right, but not replace missing teeth on the lower left.  Patient asked what final cost is I said 39,763 if surgeon does implants will be more if we place them.

Patient asked for copy of chart notes done by assistant, and wanted copy of pano. I reviewed the chart notes with pt before printing them out. I gave her both copies( chart notes and pano). also with my business card. I got permission to speak with the agency who will be paying about patient and her treatment needs. clc

---------------- Signed on Wednesday, February 06, 2019 by Marat M. Koyfman, D.M.D. ----------------

**2/6/2019  12:45:17 PM  DDS2**                                    **Note Created On: 2/6/2019  12:45:17 PM**

S: NP Consult for implants and crowns.
Medical History: HIV/ Headaches/ Jaw pain/ Glaucoma
Medications:
Allergies:
Pt had a cleaning this past June. Pt main concern is the right side. Pt can not chew. Does not have proper occlusion. Pt would like overall assessment and make a game plan to correct bite and overall appearance. Pt states she has a lot of wear on her teeth.


O: 3D Scan, BWX, PC, Charted Existing, Dr Exam
RDH, Cristina recommends: Prophy/ Fluoride


A: Dr K recommends:
Crowns 2,5-15/ 21-29, 31
Wax-Up/ Stint/ Temp price since pt will be in them for over a year.
Refer to Oral surgeon for SL/BG for #3-4 and #18-20 area to place implants in the future. Poss flipper for lower or partial.
Implant/PRF for #30.


P: Handed off to Cathy to present financial information.


CG

---------------- Signed on Wednesday, February 06, 2019 by Marat M. Koyfman, D.M.D. ----------------

**2/7/2019  10:40:42 AM  DDS2**                                    **Note Created On: 2/7/2019  10:41:14 AM**

Chart note from 2-6-19


New patient presents to our office for No Cost Consultation.
Pt presents to our office w/ CC that she has major difficulty eating and biting because her teeth do not contact properly and function with adequate occlusion.  Also, patient mentioned that she has some discomfort present in the upper right area due to the tooth having excessive bite contact with the lower tooth. Pt is concerned that her occlusal plane on the upper is distorted and would like to know how to correct the issue to improve her functionality.  Pt is interested to hear some options that can be presented to alleviate her lack of occluding properly.

Intra oral/extra oral exam completed. Hygienist did probing and perio exam. CT scan and bitewings taken.

Due to lack of posterior support on the LL area, pt's upper teeth are supererupted. Pt is missing UR teeth.

Treatment plan proposed to help restore patient's function:
1) Temp crown #2-15 and #21-29, #31 to ideal proportions and proper vertical dimension.
2) Place implant #30 area
3) OS referral and initiate treatment for: UR sinus lift/bone graft for future implants #3,4. LL bone graft for future implants #18,19,20.
4) Possible interim partial for Lower to help patient function on LL side
5) Following all healing and implant integration, final crowns on #2-15. #18-31

*discussed that treatment would likely take more then 1 year to complete
*discussed finances involved and financial options available
Referred patient to have initial consultation with Dr. Mike Langan (OS)



# SPECIALTY REFERRAL REQUEST FORM

## ** THIS FORM IS TO BE COMPLETED BY THE PCD AND SIGNED BY THE MEMBER, PCD & SPECIALIST **

☐ Pre-Authorization
☐ Direct Referral

Authorization #: _____

**ALTAMONTE MALL DENTAL P.A.** Date: _____
**451 EAST ALTAMONTE DRIVE, SUITE 1279**
ALTAMONTE SPRINGS, FL 32701

Office ID #: _____   Referring PCD: *Arnedo J*   Phone #: 407·261·020|

Patient Name: *Michelle Roberts*   Date Of Birth: *11·03·68*   Plan #: _____

Subscriber Name: *Michelle Roberts*   ID #: _____   Emergency: ☐ Yes ☐ No

**Primary Care Dentist (PCD):** Referral must be made to a network specialist. If there is no network specialist available, you must obtain prior authorization from the Plan. All referrals must be made in compliance with Plan Referral Guidelines. The PCD is responsible for the cost of covered services referred to non-participating specialists or for those services designated to be the responsibility of the PCD, unless prior authorization has been obtained from the Plan. Please have the member sign and date all Specialty Referral Request Forms. All necessary diagnostic x-rays must be attached and sent to the network specialist.

**Network Specialist:** Only the covered services referred by the PCD and listed on this form will be considered for payment. You may request authorization for any service not listed on this referral form by submitting a pre-authorization on an ADA approved claim form. Please attach this Specialty Referral Request Form and submit with a dated and signed claim form.

**Specialty Care Benefits will only be considered for referable services listed on the applicable plan schedule and as explained in the Specialty Referral Guidelines Section of the Network Operations Manual.**

*******************************************************************************************************

Some important Specialty Referral Guidelines are listed here for your convenience.
- **Endodontics:** Uncomplicated anterior (D3310) and bicuspid (D3320) root canals are the responsibility of the PCD.
- **Oral Surgery:** Routine (D7140) and uncomplicated surgical (D7210) extractions are the responsibility of the PCD. Referral of routine or uncomplicated surgical extractions for general anesthesia and extraction of asymptomatic or non-pathological 3rd molars are not covered.
- **Pediatric Dentistry:** Routine care for children is the responsibility of the PCD.
- **Periodontics:** A comprehensive treatment plan, preliminary therapy (including therapy to achieve control of local factors) and scaling and root planing (D4341), where appropriate, are the responsibility of the PCD.

*******************************************************************************************************

**Specialty Requested:** ☐ Endodontics ☐ Oral Surgery ☐ Orthodontics ☐ Pediatric Dentistry ☐ Periodontics

Refer To Network Specialist: *prosthodontist*   Office ID #: _____

Street Address: _____   City, State, Zip: _____   Phone: _____

☐ Consultation only   ☐ Consultation and Treatment   ☐ Emergency

**Procedures Requested** (attach additional form, if necessary):

| Tooth # / Area | CDT Code | Tooth # / Area | CDT Code | Tooth # / Area | CDT Code |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |

List circumstances requiring specialty referral for the requested services; please include all clinically relevant information:

*The patient's dental condition is affecting her general and overall health. It is medically necessary that she gets an evaluation with prosthodontist.*

**Patient Informed Consent for Referral:** Your PCD has requested a referral for the specialty care services listed above. For covered services, the patient is responsible for the applicable plan schedule charges at the time of service. For non-covered services, the patient is responsible for the network specialist's usual fee. This referral is not a guarantee of coverage or benefit payment. The patient must be eligible at the time of service and the Plan's benefits, specialty referral guidelines, limitations and exclusions will determine coverage in all cases.

Patient (or Guardian) Signature: *Michelle Roberts*   Date: *3/25/19*

PCD Signature: *J. Arnedo DDS*   Date: *3/25/19*

Specialist Signature: _____   Date: _____

Specialist – White Copy        General Dentist – Yellow Copy        MDG/FCW – Pink Copy        Rev. 01/08/09

**Michelle Roberts**
DOB: 11/3/1968



**Lach Orthodontics**
13832 Narcoossee Rd B101
Lake Nona, Florida 32832
(407)359-1960

We are excited to provide the most flexible financing available to make high quality orthodontic treatment affordable to you. Below, you will find personalized financing options that allow you to customize a payment plan that will best suit your needs. *The fees will be honored for 90 days.*

### Comprehensive - Traditional Braces

| | |
|---|---|
| *Estimated Treatment Length* | *9-14 months* |

### Payment Summary

| | |
|---|---|
| Treatment Investment | $3,300.00 |
| Estimated Insurance Benefit | ($0.00) |
| Total Savings | ($0.00) |
| Patient Responsibility | $3,300.00 |

### Payment Options

| | |
|---|---|
| Pay In Full (5% Discount) | $3,135.00 |
| or Payment Plans as low as | |
| Down Payment | $250.00 |
| Monthly Payment | $94.04 |
| # of Months | 36 |
| Interest | 6.900% |

### Your Selected Payment Plan

| | |
|---|---|
| Down Payment | $250.00 |
| Monthly Payment | $217.86 |
| # of Months | 14 |
| Interest | 0% |

**Start Smiling Now!**
Customize your plan by logging onto OrthoFi.com, or call our office to get started today.
Website: portal.OrthoFi.com    |    User ID: robertsfile01@gmail.com

PAGE: 1 of 1
**Powered By OrthoFi**

## ITEMIZATIONS OF THE AMOUNT FINANCED

| | |
|---|---:|
| Traditional Braces | $2,500.00 |
| V Pro 5 | $800.00 |
| **Treatment Cost:** | **$3,300.00** |
| Estimated Insurance Contribution: | -$0.00 |
| **Patient Responsibility:** | **$3,300.00** |
| Pay-in-Full Discount: | -$165.00 |
| **Cash Sale Price: (1)** | **$3,135.00** |
| Down Payment: | -$250.00 |
| **Amount Financed: (2)** | **$2,885.00** |
| Pay-in-Full Discount Forgone: | $165.00 |
| **Finance Charge:** | **$165.00** |
| Time Balance (3) (Amount Financed + Finance Charge): | $3,050.00 |
| Time Sale Price (4) (Cash Sale Price + Finance Charge): | $3,300.00 |
| Monthly Payments: | $217.86 |
| Number of Payments: | 14 |

1. The amount you would pay today if you paid in full

2. The amount that you are borrowing from us.

3. Your total of monthly payments under this contract.

4. Your total of all payments under this contract including down payment.

## PROMISE TO PAY

The Finance Charge is the sum of the Pay-in-Full Discount forgone when you opted to pay by this credit contract rather than by other means (including other forms of credit which would have resulted in payment-in-full to Seller) plus nominal interest charged at the rate of 9.005 % and applied to the Amount Financed. Interest is accrued daily. For the purpose of this contract, a day is considered to be 1/30 of a month and 1/360 of a year.

You promise to pay to us the Amount Financed of $2,885.00, together with the Finance Charge thereon on the dates and in the amounts provided in this Contract, payable in 14 monthly installments with each successive monthly payment due according to the payment schedule written above, unless prepaid in full. These payments will be processed automatically by third-party service provider OrthoFi.com using a debit or credit card that you have provided or via an ACH debit using the bank account information that you have provided. We have calculated the disclosures on the assumption that you will make all payments specified in this Contract. The Finance Charge disclosure provided in the Federal Truth in Lending Disclosures, represents the dollar amount this Contract will cost you, assuming you pay all your scheduled installment payments when due. You promise to pay us by making payments in the amounts and on the dates set forth in the Payment Schedule above. You also promise to pay any additional charges provided for under this Contract.

## LATE CHARGES

You agree to pay a late charge of $10 on any installment amount greater than $25, not paid in full within ten (10) days after its due date as originally scheduled.   If the amount of the scheduled installment is $25 or less, you will pay a late fee of $5.

## PREPAYMENT

You may prepay this Contract at any time, in full or in part, in accordance with the terms set forth below and will not incur an additional charge, fee or penalty. If you prepay this Contract in full or in part, no earned Finance Charge will be refunded. You will receive a rebate of unearned Finance Charges if you prepay in full.  To process a partial or full prepayment or receive a payoff balance, you can make a payment online at www.Orthofi.com using your OrthoFi account or indicate your intent to prepay by calling OrthoFi at 1 (877) 766-5220 or emailing OrthoFi at support@orthofi.com. Please note that the payoff amount will be calculated as of the date we debit your account for the balance owing or otherwise receive payment.

## APPLICATION OF PAYMENTS

## ORLANDO EMA RYAN WHITE PART A PROGRAM
## ORAL HEALTH PURCHASE ORDER

P.O. # 9930707

Date Issued: 08/07/2019          Referring Case Management: Orange County

### CLIENT INFORMATION

| Social Security # | URN: | RW Client ID: 2143 | Medicaid # |
|---|---|---|---|
| Client Name: MICHELLE LEE ROBERTS | (407) 725-2305 | | Eligibility EXP: 11/30/2019 |

### PROVIDER INFORMATION

| Provider Name: Dr. Sundeep Rawal | Business Office Contact Person: Claudia Yabrudy |
|---|---|
| Address: | |
| City: | State: FL | Zip: 32955- |
| Phone: | Fax: | E-mail: |

### SERVICES SCHEDULED

TOTAL          **$8,700.00**

| SERVICE CODE | SERVICE DESCRIPTION | DATE OF SERVICE | AMOUNT AUTHORIZED |
|---|---|---|---|
| D2751 | Crown #2 | 08/07/2019 | $725.00 |
| D2751 | Crown #5 | 08/07/2019 | $725.00 |
| D2751 | Crown #6 | 08/07/2019 | $725.00 |
| D2751 | Crown #7 | 08/07/2019 | $725.00 |
| D2751 | Crown #8 | 08/07/2019 | $725.00 |
| D2751 | Crown #9 | 08/07/2019 | $725.00 |
| D2751 | Crown #10 | 08/07/2019 | $725.00 |
| D2751 | Crown #11 | 08/07/2019 | $725.00 |
| D2751 | Crown #12 | 08/07/2019 | $725.00 |
| D2751 | Crown #13 | 08/07/2019 | $725.00 |
| D2751 | Crown #14 | 08/07/2019 | $725.00 |
| D2751 | Crown #15 | 08/07/2019 | $725.00 |

Valid only if Provider has current MOA with Orange County Gov/Orlando EMA Ryan White Part A Program or these sevices.
Services must be provided and billed in accordance with approved fees schedule or billing agreement.
**Valid for 60 days from the date issued**

# ORLANDO EMA RYAN WHITE PART A PROGRAM
## ORAL HEALTH PURCHASE ORDER

Teeth # 2,5,6,7,8,9,10,11,12,13,14,15

**THE REFERRING AGENCY CERTIFIES:**

Authorizer Name:   Claudia Yabrudy                         Phone:   (407) 836-6583          FAX:   (407) 836-2870

Authorizer Signature: _____          Date: _____

Approval Signature: _____   Title: _____   Date: _____

Valid only if Provider has current MOA with Orange County Gov/Orlando EMA Ryan White Part A Program or these sevices.
Services must be provided and billed in accordance with approved fees schedule or billing agreement.
**Valid for 60 days from the date issued**



**Florida**
PROSTHODONTICS

Sundeep R. Rawal, D.M.D
Raj M. Rawal, B.D.S
Steven R. Schmid, D.D.S

To whom it may concern,

Michell Roberts was seen in my office on 6/18/18 for a re-consultation and exam. Michelle expressed that her teeth have shifted/ moved and as a result she is having pain in her teeth, frequent headaches, and tension on the right side of her head. After thorough examination my findings are as follows- Michell has lost her vertical dimension- she does not have any posterior teeth which is making it difficult to masticate her food. Her overall function is greatly impaired. It is my professional opinion that the full mouth reconstruction is medically necessary to improve Michelle's bite, overall chewing functions, and ability to eat. Upon re-evaluation, it is my professional opinion that her situation will continue to deteriorate unless recommended therapy is initiated.

If you need any further information please feel free to contact me.

Dr. Sundeep Rawal

2180 N. Courtenay Parkway
Merritt Island, Florida 32953
(321) 452-3388

7135 Turner Road
Rockledge, Florida 32955
(321) 259-9207

731 W. Morse Blvd.
Winter Park, Florida 32789
(407) 636-9645

www.drrawal.com • rrawaldds@yahoo.com

## HEADER INFORMATION

**1. Type of Transaction (Mark all applicable boxes)**
- [ ] Statement of Actual Services
- [X] Request for Predetermination/Preauthorization
- [ ] EPSDT/Title XIX

**2. Predetermination/Preauthorization Number**

## INSURANCE COMPANY/DENTAL BENEFIT PLAN INFORMATION

**3. Company/Plan Name, Address, City, State, Zip Code**
None

## OTHER COVERAGE

**4. Other Dental or Medical Coverage?** [X] No (Skip 5-11)   [ ] Yes (Complete 5-11)

**5. Name of Policyholder/Subscriber in #4 (Last, First, Middle Initial, Suffix)**

**6. Date of Birth (MM/DD/CCYY)**   **7. Gender** [ ]M [ ]F   **8. Policyholder/Subscriber ID (SSN or ID#)**

**9. Plan/Group Number**   **10. Patient's Relationship to Person Named in #5**
[ ] Self   [ ] Spouse   [ ] Dependent   [ ] Other

**11. Other Insurance Company/Dental Benefit Plan Name, Address, City, State, Zip Code**

## POLICYHOLDER/SUBSCRIBER INFORMATION (For Insurance Company Named in #3)

**12. Policyholder/Subscriber Name (Last, First, Middle Initial, Suffix), Address, City, State, Zip Code**
Roberts, Michelle
712 Nicolet Avenue, Apt #93
Winter Park          FL          32789

**13. Date of Birth (MM/DD/CCYY)** 11/03/1968   **14. Gender** [ ]M [X]F   **15. Policyholder/Subscriber ID (SSN or ID#)**

**16. Plan/Group Number**   **17. Employer Name**

## PATIENT INFORMATION

**18. Relationship to Policyholder/Subscriber in #12 Above** [X] Self [ ] Spouse [ ] Dependent Child [ ] Other   **19. Student Status** [ ]FTS [ ]PTS

**20. Name (Last, First, Middle Initial, Suffix), Address, City, State, Zip Code**

**21. Date of Birth (MM/DD/CCYY)**   **22. Gender** [ ]M [ ]F   **23. Patient ID/Account # (Assigned by Dentist)**

## RECORD OF SERVICES PROVIDED

| | 24. Procedure Date (MM/DD/CCYY) | 25. Area of Oral Cavity | 26. Tooth System | 27. Tooth Number(s) or Letter(s) | 28. Tooth Surface | 29. Procedure Code | 30. Description | 31. Fee |
|---|---|---|---|---|---|---|---|---|
| 1 | | | JP | 21 | | D2799 | LAB TEMP CRN | 500 00 |
| 2 | | | JP | 22 | | D2799 | LAB TEMP CRN | 500 00 |
| 3 | | | JP | 23 | | D2799 | LAB TEMP CRN | 500 00 |
| 4 | | | JP | 24 | | D2799 | LAB TEMP CRN | 500 00 |
| 5 | | | JP | 25 | | D2799 | LAB TEMP CRN | 500 00 |
| 6 | | | JP | 26 | | D2799 | LAB TEMP CRN | 500 00 |
| 7 | | | JP | 27 | | D2799 | LAB TEMP CRN | 500 00 |
| 8 | | | JP | 28 | | D2799 | LAB TEMP CRN | 500 00 |
| 9 | | | JP | 29 | | D2799 | LAB TEMP CRN | 500 00 |
| 10 | | | JP | 31 | | D2799 | LAB TEMP CRN | 500 00 |

## MISSING TEETH INFORMATION

**34. (Place an 'X' on each missing tooth)**

Permanent: X 2 X X 5 6 7 8 9 10 11 12 13 14 15 X | X 31 X 29 28 27 26 25 24 23 22 21 X X X X

Primary: A B C D E F G H I J | T S R Q P O N M L K

**32. Other Fee(s)**

**33 Total Fee** 10000 00

**35. Remarks**

## AUTHORIZATIONS

**36.** I have been informed of the treatment plan and associated fees. I agree to be responsible for all charges for dental services and materials not paid by my dental benefit plan, unless prohibited by law, or the treating dentist or dental practice has a contractual agreement with my plan prohibiting all or a portion of such charges. To the extent permitted by law, I consent to your use and disclosure of my protected health information to carry out payment activities in connection with this claim.

X SIGNATURE ON FILE                          03/22/2018
Patient/Guardian signature                    Date

**37.** I hereby authorize and direct payment of the dental benefits otherwise payable to me, directly to the below named dentist or dental entity.

X
Subscriber signature                          Date

## BILLING DENTIST OR DENTAL ENTITY (Leave blank if dentist or dental entity is not submitting claim on behalf of the patient or insured/subscriber)

**48. Name, Address, City, State, Zip Code**
Florida Prosthodontics, PA
2180 N Courtenay Pkwy
Merritt Island          FL          32953-4236

**49. NPI** 1801120886   **50. License Number** DN 17718   **51. SSN or TIN** 90-0920708

**52. Phone Number** ( 321 ) 452 – 3388   **52A. Additional Provider ID**

## ANCILLARY CLAIM/TREATMENT INFORMATION

**38. Place of Treatment** [X] Provider's Office [ ] Hospital [ ] ECF [ ] Other

**39. Number of Enclosures (00 to 99)** Radiograph(s) 00   Oral Image(s) 00   Model(s) 00

**40. Is Treatment for Orthodontics?** [X] No (Skip 41-42) [ ] Yes (Complete 41-42)   **41. Date Appliance Placed (MM/DD/CCYY)**

**42. Months of Treatment Remaining**   **43. Replacement of Prosthesis?** [X] No [ ] Yes (Complete 44)   **44. Date Prior Placement (MM/DD/CCYY)**

**45. Treatment Resulting from**
[ ] Occupational illness/injury   [ ] Auto accident   [ ] Other accident

**46. Date of Accident (MM/DD/CCYY)**   **47. Auto Accident State**

## TREATING DENTIST AND TREATMENT LOCATION INFORMATION

**53.** I hereby certify that the procedures as indicated by date are in progress (for procedures that require multiple visits) or have been completed.

X Sundeep R Rawal                          03/22/2018
Signed (Treating Dentist)                    Date

**54. NPI** 1801120886   **55. License Number** Dn17718

**56. Address, City, State, Zip Code**
2180 N Courtenay Pkwy
Merritt Island          FL          32953

**56A. Provider Specialty Code** 1223P0700X

**57. Phone Number** ( 321 ) 452– 3388   **58. Additional Provider ID**

# Dental Claim Form

©American Dental Association 2012

## HEADER INFORMATION

**1. Type of Transaction (Mark all applicable boxes)**

☐ Statement of Actual Services   ☒ Request for Predetermination/Preauthorization
☐ EPSDT/Title XIX

**2. Predetermination/Preauthorization Number**

## INSURANCE COMPANY/DENTAL BENEFIT PLAN INFORMATION

**3. Company/Plan Name, Address, City, State, Zip Code**
None

## OTHER COVERAGE

**4. Other Dental or Medical Coverage?** ☒ No (Skip 5-11)   ☐ Yes (Complete 5-11)

**5. Name of Policyholder/Subscriber in #4 (Last, First, Middle Initial, Suffix)**

| 6. Date of Birth (MM/DD/CCYY) | 7. Gender ☐ M ☐ F | 8. Policyholder/Subscriber ID (SSN or ID#) |
|---|---|---|

| 9. Plan/Group Number | 10. Patient's Relationship to Person Named in #5 ☐ Self ☐ Spouse ☐ Dependent ☐ Other |
|---|---|

**11. Other Insurance Company/Dental Benefit Plan Name, Address, City, State, Zip Code**

## POLICYHOLDER/SUBSCRIBER INFORMATION (For Insurance Company Named in #3)

**12. Policyholder/Subscriber Name (Last, First, Middle Initial, Suffix), Address, City, State, Zip Code**
Roberts, Michelle
712 Nicolet Avenue, Apt #93
Winter Park          FL      32789

| 13. Date of Birth (MM/DD/CCYY) | 14. Gender ☐ M ☒ F | 15. Policyholder/Subscriber ID (SSN or ID#) |
|---|---|---|
| 11/03/1968 | | |

| 16. Plan/Group Number | 17. Employer Name |
|---|---|

## PATIENT INFORMATION

**18. Relationship to Policyholder/Subscriber in #12 Above**
☒ Self  ☐ Spouse  ☐ Dependent Child  ☐ Other

**19. Student Status** ☐ FTS  ☐ PTS

**20. Name (Last, First, Middle Initial, Suffix), Address, City, State, Zip Code**

| 21. Date of Birth (MM/DD/CCYY) | 22. Gender ☐ M ☐ F | 23. Patient ID/Account # (Assigned by Dentist) |
|---|---|---|

## RECORD OF SERVICES PROVIDED

| | 24. Procedure Date (MM/DD/CCYY) | 25. Area of Oral Cavity | 26. Tooth System | 27. Tooth Number(s) or Letter(s) | 28. Tooth Surface | 29. Procedure Code | 30. Description | 31. Fee |
|---|---|---|---|---|---|---|---|---|
| 1 | | | JP | 2 | | D6750 | Retainer crn-porc fused-hi nob | 1000.00 |
| 2 | | | JP | 3 | | D6240 | Pontic-porcelain fused to hnob | 1000.00 |
| 3 | | | JP | 4 | | D6240 | Pontic-porcelain fused to hnob | 1000.00 |
| 4 | | | JP | 5 | | D6750 | Retainer crn-porc fused-hi nob | 1000.00 |
| 5 | | | JP | 13 | | D2750 | Crown-porc fuse high noble mtl | 1000.00 |
| 6 | | | JP | 14 | | D2750 | Crown-porc fuse high noble mtl | 1000.00 |
| 7 | | | JP | 15 | | D2750 | Crown-porc fuse high noble mtl | 1000.00 |
| 8 | | | JP | 21 | | D2750 | Crown-porc fuse high noble mtl | 1000.00 |
| 9 | | | JP | 22 | | D2750 | Crown-porc fuse high noble mtl | 1000.00 |
| 10 | | | JP | 23 | | D2750 | Crown-porc fuse high noble mtl | 1000.00 |

## MISSING TEETH INFORMATION

**34. (Place an 'X' on each missing tooth)**

Permanent: X 2 X X 5 6 7 8 9 10 11 12 13 14 15 X
           X 31 X 29 28 27 26 25 24 23 22 21 X X X X

Primary: A B C D E F G H I J
         T S R Q P O N M L K

| 32. Other Fee(s) | |
|---|---|
| 33 Total Fee | 17000.00 |

**35. Remarks**

## AUTHORIZATIONS

**36.** I have been informed of the treatment plan and associated fees. I agree to be responsible for all charges for dental services and materials not paid by my dental benefit plan, unless prohibited by law, or the treating dentist or dental practice has a contractual agreement with my plan prohibiting all or a portion of such charges. To the extent permitted by law, I consent to your use and disclosure of my protected health information to carry out payment activities in connection with this claim.

X SIGNATURE ON FILE                              03/22/2018
Patient/Guardian signature                        Date

**37.** I hereby authorize and direct payment of the dental benefits otherwise payable to me, directly to the below named dentist or dental entity.

X _____
Subscriber signature                              Date

## BILLING DENTIST OR DENTAL ENTITY (Leave blank if dentist or dental entity is not submitting claim on behalf of the patient or insured/subscriber)

**48. Name, Address, City, State, Zip Code**
Florida Prosthodontics, PA
2180 N Courtenay Pkwy
Merritt Island          FL      32953-4236

| 49. NPI | 50. License Number | 51. SSN or TIN |
|---|---|---|
| 1801120886 | DN 17718 | 90-0920708 |

| 52. Phone Number ( 321 ) 452 – 3388 | 52A. Additional Provider ID |
|---|---|

## ANCILLARY CLAIM/TREATMENT INFORMATION

**38. Place of Treatment**
☒ Provider's Office  ☐ Hospital  ☐ ECF  ☐ Other

| 39. Number of Enclosures (00 to 99) | | |
|---|---|---|
| Radiograph(s) 00 | Oral Image(s) 00 | Model(s) 00 |

**40. Is Treatment for Orthodontics?**
☒ No (Skip 41-42)  ☐ Yes (Complete 41-42)

**41. Date Appliance Placed (MM/DD/CCYY)**

| 42. Months of Treatment Remaining | 43. Replacement of Prosthesis? ☒ No ☐ Yes (Complete 44) | 44. Date Prior Placement (MM/DD/CCYY) |
|---|---|---|

**45. Treatment Resulting from**
☐ Occupational illness/injury  ☐ Auto accident  ☐ Other accident

| 46. Date of Accident (MM/DD/CCYY) | 47. Auto Accident State |
|---|---|

## TREATING DENTIST AND TREATMENT LOCATION INFORMATION

**53.** I hereby certify that the procedures as indicated by date are in progress (for procedures that require multiple visits) or have been completed.

X Sundeep R Rawal                               03/22/2018
Signed (Treating Dentist)                         Date

| 54. NPI | 55. License Number |
|---|---|
| 1801120886 | Dn17718 |

| 56. Address, City, State, Zip Code | 56A. Provider Specialty Code |
|---|---|
| 2180 N Courtenay Pkwy | 1223P0700X |
| Merritt Island          FL      32953 | |

| 57. Phone Number ( 321 ) 452– 3388 | 58. Additional Provider ID |
|---|---|

## HEADER INFORMATION

**1. Type of Transaction (Mark all applicable boxes)**
- [ ] Statement of Actual Services
- [X] Request for Predetermination/Preauthorization
- [ ] EPSDT/Title XIX

**2. Predetermination/Preauthorization Number**

### INSURANCE COMPANY/DENTAL BENEFIT PLAN INFORMATION
**3. Company/Plan Name, Address, City, State, Zip Code**
None

### OTHER COVERAGE
**4. Other Dental or Medical Coverage?** [X] No (Skip 5-11)  [ ] Yes (Complete 5-11)

**5. Name of Policyholder/Subscriber in #4 (Last, First, Middle Initial, Suffix)**

**6. Date of Birth (MM/DD/CCYY)**   **7. Gender** [ ] M [ ] F   **8. Policyholder/Subscriber ID (SSN or ID#)**

**9. Plan/Group Number**   **10. Patient's Relationship to Person Named in #5** [ ] Self [ ] Spouse [ ] Dependent [ ] Other

**11. Other Insurance Company/Dental Benefit Plan Name, Address, City, State, Zip Code**

### POLICYHOLDER/SUBSCRIBER INFORMATION (For Insurance Company Named in #3)
**12. Policyholder/Subscriber Name (Last, First, Middle Initial, Suffix), Address, City, State, Zip Code**
Roberts, Michelle
712 Nicolet Avenue, Apt #93
Winter Park        FL        32789

**13. Date of Birth (MM/DD/CCYY)** 11/03/1968   **14. Gender** [ ] M [X] F   **15. Policyholder/Subscriber ID (SSN or ID#)**

**16. Plan/Group Number**   **17. Employer Name**

### PATIENT INFORMATION
**18. Relationship to Policyholder/Subscriber in #12 Above** [X] Self [ ] Spouse [ ] Dependent Child [ ] Other

**19. Student Status** [ ] FTS [ ] PTS

**20. Name (Last, First, Middle Initial, Suffix), Address, City, State, Zip Code**

**21. Date of Birth (MM/DD/CCYY)**   **22. Gender** [ ] M [ ] F   **23. Patient ID/Account # (Assigned by Dentist)**

### RECORD OF SERVICES PROVIDED

| | 24. Procedure Date (MM/DD/CCYY) | 25. Area of Oral Cavity | 26. Tooth System | 27. Tooth Number(s) or Letter(s) | 28. Tooth Surface | 29. Procedure Code | 30. Description | 31. Fee |
|--|--|--|--|--|--|--|--|--|
| 1 | | | JP | 24 | | D2750 | Crown-porc fuse high noble mtl | 1000 00 |
| 2 | | | JP | 25 | | D2750 | Crown-porc fuse high noble mtl | 1000 00 |
| 3 | | | JP | 26 | | D2750 | Crown-porc fuse high noble mtl | 1000 00 |
| 4 | | | JP | 27 | | D2750 | Crown-porc fuse high noble mtl | 1000 00 |
| 5 | | | JP | 28 | | D2750 | Crown-porc fuse high noble mtl | 1000 00 |
| 6 | | | JP | 29 | | D2750 | Crown-porc fuse high noble mtl | 1000 00 |
| 7 | | | JP | 31 | | D2750 | Crown-porc fuse high noble mtl | 1000 00 |
| 8 | | | | | | | | |
| 9 | | | | | | | | |
| 10 | | | | | | | | |

### MISSING TEETH INFORMATION
**34. (Place an 'X' on each missing tooth)**

Permanent: X 2 X 5 6 7 8 9 10 11 12 13 14 15 X
X 31 X 29 28 27 26 25 24 23 22 21 X X X

Primary: A B C D E F G H I J
T S R Q P O N M L K

**32. Other Fee(s)**

**33. Total Fee** 17000 00

**35. Remarks**

### AUTHORIZATIONS
**36.** I have been informed of the treatment plan and associated fees. I agree to be responsible for all charges for dental services and materials not paid by my dental benefit plan, unless prohibited by law, or the treating dentist or dental practice has a contractual agreement with my plan prohibiting all or a portion of such charges. To the extent permitted by law, I consent to your use and disclosure of my protected health information to carry out payment activities in connection with this claim.

X SIGNATURE ON FILE            03/22/2018
Patient/Guardian signature        Date

**37.** I hereby authorize and direct payment of the dental benefits otherwise payable to me, directly to the below named dentist or dental entity.

X _____
Subscriber signature        Date

### BILLING DENTIST OR DENTAL ENTITY (Leave blank if dentist or dental entity is not submitting claim on behalf of the patient or insured/subscriber)
**48. Name, Address, City, State, Zip Code**
Florida Prosthodontics, PA
2180 N Courtenay Pkwy
Merritt Island        FL        32953-4236

**49. NPI** 1801120886   **50. License Number** DN 17718   **51. SSN or TIN** 90-0920708

**52. Phone Number** ( 321 ) 452 – 3388   **52A. Additional Provider ID**

### ANCILLARY CLAIM/TREATMENT INFORMATION
**38. Place of Treatment** [X] Provider's Office [ ] Hospital [ ] ECF [ ] Other

**39. Number of Enclosures (00 to 99)** Radiograph(s) 00 Oral Image(s) 00 Model(s) 00

**40. Is Treatment for Orthodontics?** [X] No (Skip 41-42) [ ] Yes (Complete 41-42)

**41. Date Appliance Placed (MM/DD/CCYY)**

**42. Months of Treatment Remaining**   **43. Replacement of Prosthesis?** [X] No [ ] Yes (Complete 44)

**44. Date Prior Placement (MM/DD/CCYY)**

**45. Treatment Resulting from**
[ ] Occupational illness/injury [ ] Auto accident [ ] Other accident

**46. Date of Accident (MM/DD/CCYY)**   **47. Auto Accident State**

### TREATING DENTIST AND TREATMENT LOCATION INFORMATION
**53.** I hereby certify that the procedures as indicated by date are in progress (for procedures that require multiple visits) or have been completed.

X Sundeep R Rawal            03/22/2018
Signed (Treating Dentist)        Date

**54. NPI** 1801120886   **55. License Number** Dn17718

**56. Address, City, State, Zip Code**
2180 N Courtenay Pkwy
Merritt Island        FL        32953

**56A. Provider Specialty Code** 1223P0700X

**57. Phone Number** ( 321 ) 452– 3388   **58. Additional Provider ID**

# Dental Claim Form

## HEADER INFORMATION

**1. Type of Transaction (Mark all applicable boxes)**
- [ ] Statement of Actual Services
- [X] Request for Predetermination/Preauthorization
- [ ] EPSDT/Title XIX

**2. Predetermination/Preauthorization Number**

## INSURANCE COMPANY/DENTAL BENEFIT PLAN INFORMATION

**3. Company/Plan Name, Address, City, State, Zip Code**
None

## OTHER COVERAGE

**4. Other Dental or Medical Coverage?** [X] No (Skip 5-11)  [ ] Yes (Complete 5-11)

**5. Name of Policyholder/Subscriber in #4 (Last, First, Middle Initial, Suffix)**

**6. Date of Birth (MM/DD/CCYY)**

**7. Gender** [ ] M [ ] F

**8. Policyholder/Subscriber ID (SSN or ID#)**

**9. Plan/Group Number**

**10. Patient's Relationship to Person Named in #5**
[ ] Self [ ] Spouse [ ] Dependent [ ] Other

**11. Other Insurance Company/Dental Benefit Plan Name, Address, City, State, Zip Code**

## POLICYHOLDER/SUBSCRIBER INFORMATION (For Insurance Company Named in #3)

**12. Policyholder/Subscriber Name (Last, First, Middle Initial, Suffix), Address, City, State, Zip Code**
Roberts, Michelle
712 Nicolet Avenue, Apt #93
Winter Park          FL       32789

**13. Date of Birth (MM/DD/CCYY)** 11/03/1968

**14. Gender** [ ] M [X] F

**15. Policyholder/Subscriber ID (SSN or ID#)**

**16. Plan/Group Number**

**17. Employer Name**

## PATIENT INFORMATION

**18. Relationship to Policyholder/Subscriber in #12 Above**
[X] Self [ ] Spouse [ ] Dependent Child [ ] Other

**19. Student Status** [ ] FTS [ ] PTS

**20. Name (Last, First, Middle Initial, Suffix), Address, City, State, Zip Code**

**21. Date of Birth (MM/DD/CCYY)**

**22. Gender** [ ] M [ ] F

**23. Patient ID/Account # (Assigned by Dentist)**

## RECORD OF SERVICES PROVIDED

| | 24. Procedure Date (MM/DD/CCYY) | 25. Area of Oral Cavity | 26. Tooth System | 27. Tooth Number(s) or Letter(s) | 28. Tooth Surface | 29. Procedure Code | 30. Description | 31. Fee |
|---|---|---|---|---|---|---|---|---|
| 1 | | | JP | 3 | | D6253 | Provisional pontic | 500 00 |
| 2 | | | | | | | | |
| 3 | | | | | | | | |
| 4 | | | | | | | | |
| 5 | | | | | | | | |
| 6 | | | | | | | | |
| 7 | | | | | | | | |
| 8 | | | | | | | | |
| 9 | | | | | | | | |
| 10 | | | | | | | | |

## MISSING TEETH INFORMATION

**34. (Place an 'X' on each missing tooth)**

Permanent: X 2 X X 5 6 7 8 9 10 11 12 13 14 15 X
31 X 29 28 27 26 25 24 23 22 21 X X X X

Primary: A B C D E F G H I J
T S R Q P O N M L K

**32. Other Fee(s)**

**33. Total Fee** 500 00

**35. Remarks**

## AUTHORIZATIONS

**36.** I have been informed of the treatment plan and associated fees. I agree to be responsible for all charges for dental services and materials not paid by my dental benefit plan, unless prohibited by law, or the treating dentist or dental practice has a contractual agreement with my plan prohibiting all or a portion of such charges. To the extent permitted by law, I consent to your use and disclosure of my protected health information to carry out payment activities in connection with this claim.

X SIGNATURE ON FILE                    03/22/2018
Patient/Guardian signature                    Date

**37** I hereby authorize and direct payment of the dental benefits otherwise payable to me, directly to the below named dentist or dental entity.

X
Subscriber signature                    Date

## BILLING DENTIST OR DENTAL ENTITY (Leave blank if dentist or dental entity is not submitting claim on behalf of the patient or insured/subscriber)

**48. Name, Address, City, State, Zip Code**
Florida Prosthodontics, PA
2180 N Courtenay Pkwy
Merritt Island          FL       32953-4236

**49. NPI** 1801120886

**50. License Number** DN 17718

**51. SSN or TIN** 90-0920708

**52. Phone Number** ( 321 ) 452 – 3388

**52A. Additional Provider ID**

## ANCILLARY CLAIM/TREATMENT INFORMATION

**38. Place of Treatment**
[X] Provider's Office [ ] Hospital [ ] ECF [ ] Other

**39. Number of Enclosures (00 to 99)**
Radiograph(s) 00  Oral Image(s) 00  Model(s) 00

**40. Is Treatment for Orthodontics?**
[X] No (Skip 41-42) [ ] Yes (Complete 41-42)

**41. Date Appliance Placed (MM/DD/CCYY)**

**42. Months of Treatment Remaining**

**43. Replacement of Prosthesis?**
[X] No [ ] Yes (Complete 44)

**44. Date Prior Placement (MM/DD/CCYY)**

**45. Treatment Resulting from**
[ ] Occupational illness/injury [ ] Auto accident [ ] Other accident

**46. Date of Accident (MM/DD/CCYY)**

**47. Auto Accident State**

## TREATING DENTIST AND TREATMENT LOCATION INFORMATION

**53.** I hereby certify that the procedures as indicated by date are in progress (for procedures that require multiple visits) or have been completed.

X Sundeep R Rawal                    03/22/2018
Signed (Treating Dentist)                    Date

**54. NPI** 1801120886

**55. License Number** Dn17718

**56. Address, City, State, Zip Code**
2180 N Courtenay Pkwy
Merritt Island          FL       32953

**56A. Provider Specialty Code** 1223P0700X

**57. Phone Number** ( 321 ) 452– 3388

**58. Additional Provider ID**

**HEADER INFORMATION**

1. Type of Transaction (Mark all applicable boxes)
   - [ ] Statement of Actual Services
   - [X] Request for Predetermination/Preauthorization
   - [ ] EPSDT/Title XIX

2. Predetermination/Preauthorization Number

**INSURANCE COMPANY/DENTAL BENEFIT PLAN INFORMATION**

3. Company/Plan Name, Address, City, State, Zip Code
   None

**OTHER COVERAGE**

4. Other Dental or Medical Coverage? [X] No (Skip 5-11) [ ] Yes (Complete 5-11)

5. Name of Policyholder/Subscriber in #4 (Last, First, Middle Initial, Suffix)

6. Date of Birth (MM/DD/CCYY)   7. Gender [ ] M [ ] F   8. Policyholder/Subscriber ID (SSN or ID#)

9. Plan/Group Number   10. Patient's Relationship to Person Named in #5 [ ] Self [ ] Spouse [ ] Dependent [ ] Other

11. Other Insurance Company/Dental Benefit Plan Name, Address, City, State, Zip Code

**POLICYHOLDER/SUBSCRIBER INFORMATION (For Insurance Company Named in #3)**

12. Policyholder/Subscriber Name (Last, First, Middle Initial, Suffix), Address, City, State, Zip Code
    Roberts, Michelle
    712 Nicolet Avenue, Apt #93
    Winter Park     FL     32789

13. Date of Birth (MM/DD/CCYY)   14. Gender [ ] M [X] F   15. Policyholder/Subscriber ID (SSN or ID#)
    11/03/1968

16. Plan/Group Number   17. Employer Name

**PATIENT INFORMATION**

18. Relationship to Policyholder/Subscriber in #12 Above [X] Self [ ] Spouse [ ] Dependent Child [ ] Other   19. Student Status [ ] FTS [ ] PTS

20. Name (Last, First, Middle Initial, Suffix), Address, City, State, Zip Code

21. Date of Birth (MM/DD/CCYY)   22. Gender   23. Patient ID/Account # (Assigned by Dentist)

**RECORD OF SERVICES PROVIDED**

| | 24. Procedure Date (MM/DD/CCYY) | 25. Area of Oral Cavity | 26. Tooth System | 27. Tooth Number(s) or Letter(s) | 28. Tooth Surface | 29. Procedure Code | 31. Fee |
|---|---|---|---|---|---|---|---|
| 1 | | | JP | 19 | | D6010 | 2000 00 |
| 2 | | | JP | 30 | | D6010 | 2000 00 |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |
| 9 | | | | | | | |
| 10 | | | | | | | |

*Implants and Implant Crowns*

**MISSING TEETH INFORMATION**                Permanent

34. (Place an 'X' on each missing tooth)
X 2 X X 5 6 7 8 | 9 10 11 12 13 14
X 31 X 29 28 27 26 25 | 24 23 22 21 X X

4000 00

35. Remarks

**AUTHORIZATIONS**

36. I have been informed of the treatment plan and associated fees. I agree to be responsible for all charges for dental services and materials not paid by my dental benefit plan, unless prohibited by law, or the treating dentist or dental practice has a contractual agreement with my plan prohibiting all or a portion of such charges. To the extent permitted by law, I consent to your use and disclosure of my protected health information to carry out payment activities in connection with this claim.

X  SIGNATURE ON FILE                03/22/2018
Patient/Guardian signature                Date

37. I hereby authorize and direct payment of the dental benefits otherwise payable to me, directly to the below named dentist or dental entity.

X
Subscriber signature                Date

**BILLING DENTIST OR DENTAL ENTITY** (Leave blank if dentist or dental entity is not submitting claim on behalf of the patient or insured/subscriber)

48. Name, Address, City, State, Zip Code
    Florida Prosthodontics, PA
    2180 N Courtenay Pkwy
    Merritt Island     FL     32953-4236

| 49. NPI | 50. License Number | 51. SSN or TIN |
|---|---|---|
| 1801120886 | DN 17718 | 90-0920708 |

52. Phone Number ( 321 ) 452 – 3388   52A. Additional Provider ID

**ANCILLARY CLAIM/TREATMENT INFORMATION**

38. Place of Treatment [X] Provider's Office [ ] Hospital [ ] ECF [ ] Other

39. Number of Enclosures (00 to 99) Radiograph(s) 00  Oral Image(s) 00  Model(s) 00

40. Is Treatment for Orthodontics? [X] No (Skip 41-42) [ ] Yes (Complete 41-42)

41. Date Appliance Placed (MM/DD/CCYY)

42. Months of Treatment Remaining

43. Replacement of Prosthesis? [X] No [ ] Yes (Complete 44)

44. Date Prior Placement (MM/DD/CCYY)

45. Treatment Resulting from [ ] Occupational illness/injury [ ] Auto accident [ ] Other accident

46. Date of Accident (MM/DD/CCYY)   47. Auto Accident State

**TREATING DENTIST AND TREATMENT LOCATION INFORMATION**

53. I hereby certify that the procedures as indicated by date are in progress (for procedures that require multiple visits) or have been completed.

X  Sundeep R Rawal                03/22/2018
Signed (Treating Dentist)                Date

| 54. NPI | 55. License Number |
|---|---|
| 1801120886 | Dn17718 |

56. Address, City, State, Zip Code
    2180 N Courtenay Pkwy
    Merritt Island     FL     32953

56A. Provider Specialty Code   1223P0700X

57. Phone Number ( 321 ) 452– 3388   58. Additional Provider ID

# HEADER INFORMATION

**1. Type of Transaction** (Mark all applicable boxes)

- [ ] Statement of Actual Services
- [X] Request for Predetermination/Preauthorization
- [ ] EPSDT/Title XIX

**2. Predetermination/Preauthorization Number**

## INSURANCE COMPANY/DENTAL BENEFIT PLAN INFORMATION

**3. Company/Plan Name, Address, City, State, Zip Code**

None

## OTHER COVERAGE

**4. Other Dental or Medical Coverage?**  [X] No (Skip 5-11)   [ ] Yes (Complete 5-11)

**5. Name of Policyholder/Subscriber in #4 (Last, First, Middle Initial, Suffix)**

**6. Date of Birth (MM/DD/CCYY)**

**7. Gender**  [ ] M  [ ] F

**8. Policyholder/Subscriber ID (SSN or ID#)**

**9. Plan/Group Number**

**10. Patient's Relationship to Person Named in #5**  [ ] Self  [ ] Spouse  [ ] Dependent  [ ] Other

**11. Other Insurance Company/Dental Benefit Plan Name, Address, City, State, Zip Code**

## POLICYHOLDER/SUBSCRIBER INFORMATION (For Insurance Company Named in #3)

**12. Policyholder/Subscriber Name (Last, First, Middle Initial, Suffix), Address, City, State, Zip Code**

Roberts, Michelle
712 Nicolet Avenue, Apt #93
Winter Park         FL      32789

**13. Date of Birth (MM/DD/CCYY)**  11/03/1968

**14. Gender**  [ ] M  [X] F

**15. Policyholder/Subscriber ID (SSN or ID#)**

**16. Plan/Group Number**

**17. Employer Name**

## PATIENT INFORMATION

**18. Relationship to Policyholder/Subscriber in #12 Above**  [X] Self  [ ] Spouse  [ ] Dependent Child  [ ] Other

**19. Student Status**  [ ] FTS  [ ] PTS

**20. Name (Last, First, Middle Initial, Suffix), Address, City, State, Zip Code**

**21. Date of Birth (MM/DD/CCYY)**

**22. Gender**  [ ] M  [ ] F

**23. Patient ID/Account # (Assigned by Dentist)**

## RECORD OF SERVICES PROVIDED

| | 24. Procedure Date (MM/DD/CCYY) | 25. Area of Oral Cavity | 26. Tooth System | 27. Tooth Number(s) or Letter(s) | 28. Tooth Surface | 29. Procedure Code | 30. Description | 31. Fee |
|---|---|---|---|---|---|---|---|---|
| 1 | | | JP | 4 | | D6253 | Provisional pontic | 500 00 |
| 2 | | | | | | | | |
| 3 | | | | | | | | |
| 4 | | | | | | | | |
| 5 | | | | | | | | |
| 6 | | | | | | | | |
| 7 | | | | | | | | |
| 8 | | | | | | | | |
| 9 | | | | | | | | |
| 10 | | | | | | | | |

## MISSING TEETH INFORMATION

**34. (Place an 'X' on each missing tooth)**

Permanent: X 2 X X 5 6 7 8 9 10 11 12 13 14 15 X
X 31 X 29 28 27 26 25   24 23 22 21 X X X X

Primary: A B C D E F G H I J
T S R Q P O N M L K

**32. Other Fee(s)**

**33. Total Fee** 500 00

**35. Remarks**

## AUTHORIZATIONS

**36.** I have been informed of the treatment plan and associated fees. I agree to be responsible for all charges for dental services and materials not paid by my dental benefit plan, unless prohibited by law, or the treating dentist or dental practice has a contractual agreement with my plan prohibiting all or a portion of such charges. To the extent permitted by law, I consent to your use and disclosure of my protected health information to carry out payment activities in connection with this claim.

X SIGNATURE ON FILE                    03/22/2018

Patient/Guardian signature                    Date

**37.** I hereby authorize and direct payment of the dental benefits otherwise payable to me, directly to the below named dentist or dental entity.

X
Subscriber signature                    Date

## BILLING DENTIST OR DENTAL ENTITY (Leave blank if dentist or dental entity is not submitting claim on behalf of the patient or insured/subscriber)

**48. Name, Address, City, State, Zip Code**

Florida Prosthodontics, PA
2180 N Courtenay Pkwy
Merritt Island         FL      32953-4236

**49. NPI** 1801120886

**50. License Number** DN 17718

**51. SSN or TIN** 90-0920708

**52. Phone Number** ( 321 ) 452 – 3388

**52A. Additional Provider ID**

## ANCILLARY CLAIM/TREATMENT INFORMATION

**38. Place of Treatment**  [X] Provider's Office  [ ] Hospital  [ ] ECF  [ ] Other

**39. Number of Enclosures (00 to 99)**  Radiograph(s) 00  Oral Image(s) 00  Model(s) 00

**40. Is Treatment for Orthodontics?**  [X] No (Skip 41-42)  [ ] Yes (Complete 41-42)

**41. Date Appliance Placed (MM/DD/CCYY)**

**42. Months of Treatment Remaining**

**43. Replacement of Prosthesis?**  [X] No  [ ] Yes (Complete 44)

**44. Date Prior Placement (MM/DD/CCYY)**

**45. Treatment Resulting from**  [ ] Occupational illness/injury  [ ] Auto accident  [ ] Other accident

**46. Date of Accident (MM/DD/CCYY)**

**47. Auto Accident State**

## TREATING DENTIST AND TREATMENT LOCATION INFORMATION

**53.** I hereby certify that the procedures as indicated by date are in progress (for procedures that require multiple visits) or have been completed.

X Sundeep R Rawal                    03/22/2018

Signed (Treating Dentist)                    Date

**54. NPI** 1801120886

**55. License Number** Dn17718

**56. Address, City, State, Zip Code**

2180 N Courtenay Pkwy
Merritt Island         FL      32953

**56A. Provider Specialty Code** 1223P0700X

**57. Phone Number** ( 321 ) 452 – 3388

**58. Additional Provider ID**

## HEADER INFORMATION

**1. Type of Transaction (Mark all applicable boxes)**
- [ ] Statement of Actual Services
- [X] Request for Predetermination/Preauthorization
- [ ] EPSDT/Title XIX

**2. Predetermination/Preauthorization Number**

## INSURANCE COMPANY/DENTAL BENEFIT PLAN INFORMATION

**3. Company/Plan Name, Address, City, State, Zip Code**
None

## OTHER COVERAGE

**4. Other Dental or Medical Coverage?** [X] No (Skip 5-11)  [ ] Yes (Complete 5-11)

**5. Name of Policyholder/Subscriber in #4 (Last, First, Middle Initial, Suffix)**

**6. Date of Birth (MM/DD/CCYY)**

**7. Gender** [ ] M [ ] F

**8. Policyholder/Subscriber ID (SSN or ID#)**

**9. Plan/Group Number**

**10. Patient's Relationship to Person Named in #5** [ ] Self [ ] Spouse [ ] Dependent [ ] Other

**11. Other Insurance Company/Dental Benefit Plan Name, Address, City, State, Zip Code**

## POLICYHOLDER/SUBSCRIBER INFORMATION (For Insurance Company Named in #3)

**12. Policyholder/Subscriber Name (Last, First, Middle Initial, Suffix), Address, City, State, Zip Code**
Roberts, Michelle
712 Nicolet Avenue, Apt #93
Winter Park    FL    32789

**13. Date of Birth (MM/DD/CCYY)** 11/03/1968
**14. Gender** [ ] M [X] F
**15. Policyholder/Subscriber ID (SSN or ID#)**

**16. Plan/Group Number**
**17. Employer Name**

## PATIENT INFORMATION

**18. Relationship to Policyholder/Subscriber in #12 Above** [X] Self [ ] Spouse [ ] Dependent Child [ ] Other
**19. Student Status** [ ] FTS [ ] PTS

**20. Name (Last, First, Middle Initial, Suffix), Address, City, State, Zip Code**

**21. Date of Birth (MM/DD/CCYY)**
**22. Gender** [ ] M [ ] F
**23. Patient ID/Account # (Assigned by Dentist)**

## RECORD OF SERVICES PROVIDED

| | 24. Procedure Date (MM/DD/CCYY) | 25. Area of Oral Cavity | 26. Tooth System | 27. Tooth Number(s) or Letter(s) | 28. Tooth Surface | 29. Procedure Code | 30. Description | 31. Fee |
|---|---|---|---|---|---|---|---|---|
| 1 | | | JP | 6 | | D2799 | LAB TEMP CRN | 500.00 |
| 2 | | | JP | 7 | | D2799 | LAB TEMP CRN | 500.00 |
| 3 | | | JP | 8 | | D2799 | LAB TEMP CRN | 500.00 |
| 4 | | | JP | 9 | | D2799 | LAB TEMP CRN | 500.00 |
| 5 | | | JP | 10 | | D2799 | LAB TEMP CRN | 500.00 |
| 6 | | | JP | 11 | | D2799 | LAB TEMP CRN | 500.00 |
| 7 | | | JP | 12 | | D2799 | LAB TEMP CRN | 500.00 |
| 8 | | | JP | 13 | | D2799 | LAB TEMP CRN | 500.00 |
| 9 | | | JP | 14 | | D2799 | LAB TEMP CRN | 500.00 |
| 10 | | | JP | 15 | | D2799 | LAB TEMP CRN | 500.00 |

**MISSING TEETH INFORMATION**
**34. (Place an 'X' on each missing tooth)**
Permanent: X 2 X 4 5 6 7 8 9 10 11 12 13 14 15 X  A B C D E F G H I J
X 31 X 29 28 27 26 25  24 23 22 21 X X X X  T S R Q P O N M L K

**32. Other Fee(s)**
**33. Total Fee** 10000.00

**35. Remarks**

## AUTHORIZATIONS

**36.** I have been informed of the treatment plan and associated fees. I agree to be responsible for all charges for dental services and materials not paid by my dental benefit plan, unless prohibited by law, or the treating dentist or dental practice has a contractual agreement with my plan prohibiting all or a portion of such charges. To the extent permitted by law, I consent to your use and disclosure of my protected health information to carry out payment activities in connection with this claim.

X SIGNATURE ON FILE                    03/22/2018
Patient/Guardian signature          Date

**37.** I hereby authorize and direct payment of the dental benefits otherwise payable to me, directly to the below named dentist or dental entity.

X _____
Subscriber signature          Date

## BILLING DENTIST OR DENTAL ENTITY (Leave blank if dentist or dental entity is not submitting claim on behalf of the patient or insured/subscriber)

**48. Name, Address, City, State, Zip Code**
Florida Prosthodontics, PA
2180 N Courtenay Pkwy
Merritt Island    FL    32953-4236

**49. NPI** 1801120886
**50. License Number** DN 17718
**51. SSN or TIN** 90-0920708
**52. Phone Number** ( 321 ) 452 – 3388
**52A. Additional Provider ID**

## ANCILLARY CLAIM/TREATMENT INFORMATION

**38. Place of Treatment** [X] Provider's Office [ ] Hospital [ ] ECF [ ] Other

**39. Number of Enclosures (00 to 99)** Radiograph(s) 00 Oral Image(s) 00 Model(s) 00

**40. Is Treatment for Orthodontics?** [X] No (Skip 41-42) [ ] Yes (Complete 41-42)
**41. Date Appliance Placed (MM/DD/CCYY)**

**42. Months of Treatment Remaining**
**43. Replacement of Prosthesis?** [X] No [ ] Yes (Complete 44)
**44. Date Prior Placement (MM/DD/CCYY)**

**45. Treatment Resulting from** [ ] Occupational illness/injury [ ] Auto accident [ ] Other accident
**46. Date of Accident (MM/DD/CCYY)**
**47. Auto Accident State**

## TREATING DENTIST AND TREATMENT LOCATION INFORMATION

**53.** I hereby certify that the procedures as indicated by date are in progress (for procedures that require multiple visits) or have been completed.

X Sundeep R Rawal                    03/22/2018
Signed (Treating Dentist)          Date

**54. NPI** 1801120886
**55. License Number** Dn17718
**56. Address, City, State, Zip Code**
2180 N Courtenay Pkwy
Merritt Island    FL    32953
**56A. Provider Specialty Code** 1223P0700X
**57. Phone Number** ( 321 ) 452– 3388
**58. Additional Provider ID**



| Patient Name: | MICHELLE  ROBERTS | | | | | Pharmacy Name: | 1285 | | | | |
| Street Address: | 2520 CAPER LANE | | | | | Street Address: | 1455 SR 436 | | | | |
| | UNIT 100 | | | | | | | | | | |
| City: | MAITLAND | State: | FL | Zip: | 32751 | City: | CASSELBERRY | State: | FL | Zip: | 32707 |
| Birthday: | 11/03/1968 | | | | | Phone No: | (407) 673-0788 | Fax No: | | (407) 673-0987 | |
| Phone No: | (407) 725-2305 | | | | | Federal Tax ID: | 59-0324412 | | | | |

| Adj Date | Sold | Store # | Rx # | Fill # | Product | NDC # | Qty | Unit | Days | Prescriber Name | PT Pay Amt Total | Primary TP Name | Prior Auth | LOF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/24/2017 | 10/06/2017 | 1388 | 6238432 | 01 | GENVOYA TAB[***$$] | 61958-1901-01 | 30.000 | EA | 30 | EDWIN DEJESUS | 0.00 | FED_MEDICAID AMRIGRP ODWF3XX | | N |
| 09/24/2017 | 10/06/2017 | 1388 | 6238431 | 01 | PREZISTA 800 MG TAB[***$$] | 59676-0566-30 | 30.000 | EA | 30 | EDWIN DEJESUS | 0.00 | FED_MEDICAID AMRIGRP 37CWWN9 | | N |
| 10/25/2017 | 10/25/2017 | 1388 | 6232327 | 01 | TRAVATAN Z 0.004% EYE DROP | 00065-0260-25 | 2.500 | ML | 31 | JANET DAVIS | 0.00 | FED_MEDICAID AMRIGRP 73TQEP7 | | N |
| 10/25/2017 | 10/25/2017 | 1388 | 6239870 | 01 | DUREZOL 0.05% EYE DRO | 00065-9240-07 | 5.000 | ML | 15 | GUILLERMO AMESCUA | 0.00 | FED_MEDICAID AMRIGRP 2AWCLXP | | N |
| 11/03/2017 | 11/09/2017 | 1388 | 6238432 | 02 | GENVOYA TAB[***$$] | 61958-1901-01 | 30.000 | EA | 30 | EDWIN DEJESUS | 0.00 | FED_MEDICAID AMRIGRP OKCDDPD | | N |
| 11/03/2017 | 11/09/2017 | 1388 | 6238431 | 02 | PREZISTA 800 MG TAB[***$$] | 59676-0566-30 | 30.000 | EA | 30 | EDWIN DEJESUS | 0.00 | FED_MEDICAID AMRIGRP Y7M31RH | | N |
| 12/01/2017 | 12/03/2017 | 1388 | 6232327 | 02 | TRAVATAN Z 0.004% EYE DROP | 00065-0260-25 | 2.500 | ML | 31 | JANET DAVIS | 0.00 | FED_MEDICAID AMRIGRP WAHLMAR | | N |
| 12/01/2017 | 12/03/2017 | 1388 | 6238432 | 03 | GENVOYA TAB[***$$] | 61958-1901-01 | 30.000 | EA | 30 | EDWIN DEJESUS | 0.00 | FED_MEDICAID AMRIGRP 9XRL7EC | | N |
| 12/01/2017 | 12/03/2017 | 1388 | 6238431 | 03 | PREZISTA 800 MG TAB[***$$] | 59676-0566-30 | 30.000 | EA | 30 | EDWIN DEJESUS | 0.00 | FED_MEDICAID AMRIGRP 9XRL7ED | | N |
| 12/02/2017 | 12/03/2017 | 1388 | 6239870 | 02 | DUREZOL 0.05% EYE DRO | 00065-9240-07 | 5.000 | ML | 15 | GUILLERMO AMESCUA | 0.00 | FED_MEDICAID AMRIGRP 03K3L97 | | N |
| 01/04/2018 | 01/05/2018 | 1388 | 6247704 | 00 | TIVICAY 50 MG TAB[**$$] | 49702-0228-13 | 30.000 | EA | 30 | EDWIN DEJESUS | 0.00 | FED_MEDICAID AMRIGRP FWAPE13 | | N |
| 01/04/2018 | 01/05/2018 | 1388 | 6247699 | 00 | DESCOVY 200-25 MG TAB [***$$] | 61958-2002-01 | 30.000 | EA | 30 | EDWIN DEJESUS | 0.00 | FED_MEDICAID AMRIGRP 93LHCLN | | N |
| 01/04/2018 | 01/05/2018 | 1388 | 6247842 | 00 | DUREZOL 0.05% EYE DRO | 00065-9240-07 | 5.000 | ML | 18 | GUILLERMO AMESCUA | 0.00 | FED_MEDICAID AMRIGRP 0AX3MC7 | | N |
| 01/12/2018 | 01/15/2018 | 1388 | 6248402 | 00 | EVOTAZ 300-150 MG TAB [**$$] | 00003-3641-11 | 30.000 | EA | 30 | TERRY WILDER | 0.00 | FED_MEDICAID AMRIGRP NX99F9A | | N |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Patient Name:** | MICHELLE ROBERTS | | | | | | **Pharmacy Name:** | 1285 | | | | |
| **Street Address:** | 2520 CAPER LANE | | | | | | **Street Address:** | 1455 SR 436 | | | | |
| | UNIT 100 | | | | | | | | | | | |
| **City:** | MAITLAND | **State:** FL | **Zip:** 32751 | | | | **City:** | CASSELBERRY | **State:** FL | **Zip:** 32707 | | |
| **Birthday:** | 11/03/1968 | | | | | | **Phone No:** | (407) 673-0788 | **Fax No:** | (407) 673-0987 | | |
| | | | | | | | **Federal Tax ID:** | 59-0324412 | | | | |
| **Phone No:** | (407) 725-2305 | | | | | | | | | | | |

| Adj Date | Sold | Store # | Rx # | Fill # | Product | NDC # | Qty | Unit | Days | Prescriber Name | PT Pay Amt Total | Primary TP Name | Prior Auth | LOF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/19/2018 | 01/19/2018 | 1388 | 6248968 | 00 | TIZANIDINE 4 MG TAB[*] | 60505-0252-03 | 40.000 | EA | 10 | BELLA DATTANI | 0.00 | FED_MEDICAID AMRIGRP N1XKMT3 | | N |
| 01/19/2018 | 01/19/2018 | 1388 | 6248967 | 00 | IBUPROFEN 800 MG TAB | 49483-0604-50 | 40.000 | EA | 13 | BELLA DATTANI | 0.00 | FED_MEDICAID AMRIGRP 2KKRMQF | | N |
| 02/14/2018 | 02/16/2018 | 1388 | 6251114 | 00 | TIZANIDINE 4 MG TAB[*] | 60505-0252-03 | 40.000 | EA | 10 | BELLA DATTANI | 0.00 | FED_MEDICAID AMRIGRP OXX9PE9 | | N |
| 02/17/2018 | 02/19/2018 | 1388 | 6251113 | 00 | SALSALATE 500 MG TAB | 51293-0803-01 | 40.000 | EA | 20 | BELLA DATTANI | 0.00 | FED_MEDICAID AMRIGRP 5RA1PQA | | N |
| 04/05/2018 | 04/10/2018 | 1388 | 6254572 | 00 | SMZ-TMP SS TAB | 65862-0419-01 | 30.000 | EA | 30 | JEFFREY GARRETT | 0.00 | FED_MEDICAID AMRIGRP WMEEEDT | | N |
| 04/10/2018 | 04/10/2018 | 1388 | 4117994 | 00 | TRAMADOL 50 MG TAB | 69543-0136-11 | 24.000 | EA | 12 | ALKESH BRAHMBHATT | 0.00 | FED_MEDICAID AMRIGRP QWFC1TT | | N |
| 06/26/2018 | 06/28/2018 | 1388 | 6260137 | 00 | DUREZOL 0.05% EYE DROPS | 00065-9240-07 | 5.000 | ML | 18 | JANET DAVIS | 0.00 | FED_MEDICAID AMRIGRP 0XCAL99 | | N |
| 08/13/2018 | 08/13/2018 | 1388 | 2118613 | 00 | OXYCODONE/APAP 5-325MG TAB | 47781-0196-05 | 12.000 | EA | 3 | JUSTIN MAULDIN | 0.00 | FED_MEDICAID AMRIGRP 2A9NHLH | | N |
| 08/13/2018 | 08/13/2018 | 1388 | 6263181 | 00 | PENICILLIN VK 500 MG TABLET | 57237-0041-99 | 30.000 | EA | 10 | JUSTIN MAULDIN | 0.00 | FED_MEDICAID AMRIGRP 09PW311 | | N |
| 08/17/2018 | 08/21/2018 | 1388 | 6263584 | 00 | TIZANIDINE 4 MG TAB[*] | 60505-0252-03 | 40.000 | EA | 10 | BELLA DATTANI | 0.00 | FED_MEDICAID AMRIGRP OWC39Q3 | | N |
| 08/18/2018 | 08/21/2018 | 1388 | 4118881 | 00 | LORAZEPAM 0.5 MG TAB | 00591-0240-10 | 30.000 | EA | 10 | BELLA DATTANI | 0.00 | FED_MEDICAID AMRIGRP 7FFAERC | | N |
| 09/21/2018 | 09/25/2018 | 1388 | 6266321 | 00 | CEPHALEXIN 500 MG CAP | 67877-0219-05 | 14.000 | EA | 7 | REBECCA ALLEN | 0.00 | FED_MEDICAID AMRIGRP W99PH37 | | N |
| 09/28/2018 | 09/28/2018 | 1388 | 6266924 | 00 | IBUPROFEN 600 MG TAB[*] | 49483-0603-50 | 20.000 | EA | 5 | JOHANNA ARNEDO | 0.00 | FED_MEDICAID AMRIGRP 9PHP1HD | | N |
| 10/02/2018 | 10/09/2018 | 1388 | 6266294 | 00 | TIZANIDINE 4 MG TAB[*] | 60505-0252-03 | 40.000 | EA | 10 | REBECCA ALLEN | 0.00 | FED_MEDICAID AMRIGRP F79XKTK | | N |

**Date Range: From: 10/01/2017 To: 10/17/2019**

 Confidential Information 10/17/2019 14:23

EnterpriseRx Pharmacy System
Customer Statement
version 1.0

Page 3 of 5

| Patient Name: | MICHELLE  ROBERTS | | | | | Pharmacy Name: | 1285 | | |
|---|---|---|---|---|---|---|---|---|---|
| Street Address: | 2520 CAPER LANE | | | | | Street Address: | 1455 SR 436 | | |
| | UNIT 100 | | | | | | | | |
| City: | MAITLAND | | State:  FL | Zip:  32751 | | City: | CASSELBERRY | State:  FL | Zip:  32707 |
| Birthday: | 11/03/1968 | | | | | Phone No: | (407) 673-0788 | Fax No: | (407) 673-0987 |
| | | | | | | Federal Tax ID: | 59-0324412 | | |
| Phone No: | (407) 725-2305 | | | | | | | | |

| Adj Date | Sold | Store # | Rx # | Fill # | Product | NDC # | Qty | Unit | Days | Prescriber Name | PT Pay Amt Total | Primary TP Name | Prior Auth | LOF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/15/2018 | 10/18/2018 | 1388 | 4119238 | 00 | LORAZEPAM 1 MG TAB | 00591-0241-10 | 30.000 | EA | 10 | BELLA DATTANI | 0.00 | FED_MEDICAID AMRIGRP YH9RWEE | | N |
| 10/22/2018 | 10/23/2018 | 1388 | 4119283 | 00 | ACETAMINOPHEN-COD #3 TAB | 00406-0484-10 | 20.000 | EA | 2 | JOHANNA ARNEDO | 0.00 | FED_MEDICAID AMRIGRP 9QLKWAM | | N |
| 10/22/2018 | 10/23/2018 | 1388 | 6268870 | 00 | IBUPROFEN 600 MG TAB[*] | 49483-0603-50 | 20.000 | EA | 5 | JOHANNA ARNEDO | 0.00 | FED_MEDICAID AMRIGRP O9HHQTX | | N |
| 10/22/2018 | 10/23/2018 | 1388 | 6268871 | 00 | CHLORHEXIDINE 0.12% RINSE | 00116-2001-16 | 473.000 | ML | 15 | JOHANNA ARNEDO | 0.00 | FED_MEDICAID AMRIGRP 7PHHTHX | | N |
| 01/31/2019 | 02/01/2019 | 1388 | 6276351 | 00 | IBUPROFEN 600 MG TAB[*] | 49483-0603-50 | 20.000 | EA | 5 | JOHANNA ARNEDO | 0.00 | FED_MEDICAID AMRIGRP 3QEQPTQ | | N |
| 03/26/2019 | 03/26/2019 | 1388 | 6280436 | 00 | IBUPROFEN 800 MG TAB[*] | 49483-0604-50 | 20.000 | EA | 5 | JOHANNA ARNEDO | 0.00 | FED_MEDICAID AMRIGRP 51NE1FM | | N |
| 03/27/2019 | 03/27/2019 | 1388 | 6280587 | 00 | PREDNISOLONE AC 1% EYE DROPS | 60758-0119-05 | 5.000 | ML | 18 | JAIME MARTINEZ MARTINEZ | 0.00 | FED_MEDICAID AMRIGRP WR3C1QN | | N |
| 03/28/2019 | 03/28/2019 | 1388 | 6280646 | 00 | MOXIFLOXACIN 0.5% EYE DROPS | 60505-0582-04 | 3.000 | ML | 11 | GUILLERMO AMESCUA | 0.00 | FED_MEDICAID AMRIGRP ENW1QHC | 9995 | N |
| 04/10/2019 | 04/11/2019 | 1388 | 6281611 | 00 | PREDNISOLONE AC 1% EYE DROPS | 60758-0119-05 | 15.000 | ML | 20 | JANE CATY COOK | 0.00 | FED_MEDICAID AMRIGRP 53HHAEQ | | N |
| 04/10/2019 | 04/11/2019 | 1388 | 6281613 | 00 | POLYMYXIN B-TMP EYE DROPS | 61314-0628-10 | 10.000 | ML | 31 | JANE CATY COOK | 0.00 | FED_MEDICAID AMRIGRP N1PLPLR | | N |
| 04/18/2019 | 04/18/2019 | 1388 | 6282190 | 00 | ERYTHROMYCIN EYE OIN | 24208-0910-55 | 3.500 | GM | 7 | NEHA SHAIK | 0.00 | FED_MEDICAID AMRIGRP 31QWRAH | | N |
| 04/18/2019 | 04/18/2019 | 1388 | 6282189 | 00 | BRIMONIDINE 0.2% EYE DROPS | 61314-0143-05 | 5.000 | ML | 31 | NEHA SHAIK | 0.00 | FED_MEDICAID AMRIGRP QHNHTMR | | N |
| 05/07/2019 | 05/07/2019 | 1388 | 6283640 | 00 | TIMOLOL 0.5% EYE DROPS (GEN TIMOPTIC) | 64980-0514-05 | 5.000 | ML | 31 | GUILLERMO AMESCUA | 0.00 | FED_MEDICAID AMRIGRP QKTM3R3 | | N |

**Date Range: From: 10/01/2017 To: 10/17/2019**

| | | |
|---|---|---|
| **Patient Name:** | MICHELLE ROBERTS | |
| **Street Address:** | 2520 CAPER LANE | |
| | UNIT 100 | |
| **City:** | MAITLAND | **State:** FL   **Zip:** 32751 |
| **Birthday:** | 11/03/1968 | |
| **Phone No:** | (407) 725-2305 | |

| | | |
|---|---|---|
| **Pharmacy Name:** | 1285 | |
| **Street Address:** | 1455 SR 436 | |
| **City:** | CASSELBERRY | **State:** FL   **Zip:** 32707 |
| **Phone No:** | (407) 673-0788 | **Fax No:** (407) 673-0987 |
| **Federal Tax ID:** | 59-0324412 | |

| Adj Date | Sold | Store # | Rx # | Fill # | Product | NDC # | Qty | Unit | Days | Prescriber Name | PT Pay Amt Total | Primary TP Name | Prior Auth | LOF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/09/2019 | 05/10/2019 | 1388 | 6283463 | 00 | BRIMONIDINE 0.2% EYE DROPS | 61314-0143-05 | 5.000 | ML | 25 | GUILLERMO AMESCUA | 0.00 | FED_MEDICAID AMRIGRP 33RCWCH | | N |
| 05/11/2019 | 05/12/2019 | 1388 | 6283930 | 00 | KETOROLAC 0.5% EYE SOL | 60505-1003-01 | 5.000 | ML | 31 | MELINA MORKIN | 0.00 | FED_MEDICAID AMRIGRP ERAWAMC | | N |
| 05/20/2019 | 05/21/2019 | 1388 | 6284423 | 00 | TRAVATAN Z 0.004% EYE DROPS[**] | 00065-0260-05 | 5.000 | ML | 31 | NEHA SHAIK | 0.00 | FED_MEDICAID AMRIGRP 7KKWXDC | 9995 | N |
| 06/07/2019 | 06/11/2019 | 1388 | 6285937 | 00 | IBUPROFEN 600 MG TAB[*] | 49483-0603-50 | 20.000 | EA | 5 | JOHANNA ARNEDO | 0.00 | FED_MEDICAID AMRIGRP W9DN1WC | | N |
| 06/25/2019 | 06/25/2019 | 1388 | 6287079 | 00 | TRAVATAN Z 0.004% EYE DROPS | 00065-0260-25 | 2.500 | ML | 30 | JANET DAVIS | 0.00 | FED_MEDICAID AMRIGRP 9EN9WMX | | N |
| 06/25/2019 | 06/25/2019 | 1388 | 6287084 | 00 | DICLOFENAC 0.1% EYE DROPS | 61314-0014-05 | 5.000 | ML | 18 | JANET DAVIS | 0.00 | FED_MEDICAID AMRIGRP UXXFFAK | | N |
| 09/10/2019 | 09/12/2019 | 1285 | 6323419 | 00 | CEPHALEXIN 500 MG CAP | 67877-0219-05 | 15.000 | EA | 5 | REBECCA ALLEN | 0.00 | FED_MEDICAID AMRIGRP O19FQ1X | | N |
| 09/11/2019 | 09/12/2019 | 1285 | 8108160 | 00 | ACETAMINOPHEN ER 650 MG TABLET | 68084-0777-25 | 90.000 | EA | 15 | REBECCA ALLEN | 0.00 | FED_MEDICAID AMRIGRP WHH3MKX | | N |
| 09/12/2019 | 09/14/2019 | 1285 | 4119550 | 00 | ALPRAZolam 0.25 MG TAB | 67253-0900-11 | 40.000 | EA | 20 | BELLA DATTANI | 0.00 | FED_MEDICAID AMRIGRP 0L7A119 | | N |
| 10/17/2019 | 10/17/2019 | 1285 | 4119669 | 00 | TRAMADOL 50 MG TAB | 57664-0377-18 | 30.000 | EA | 30 | BELLA DATTANI | 24.95 | Cash | 9996 | N |

**Date Range: From: 10/01/2017 To: 10/17/2019**

| Patient Name: | MICHELLE  ROBERTS | | | | | Pharmacy Name: | 1285 | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Street Address: | 2520 CAPER LANE | | | | | Street Address: | 1455 SR 436 | | | |
| | UNIT 100 | | | | | | | | | |
| City: | MAITLAND | State: | FL | Zip: | 32751 | City: | CASSELBERRY | State: FL | Zip: | 32707 |
| Birthday: | 11/03/1968 | | | | | Phone No: | (407) 673-0788 | Fax No: | (407) 673-0987 | |
| | | | | | | Federal Tax ID: | 59-0324412 | | | |
| Phone No: | (407) 725-2305 | | | | | | | | | |

| Adj Date | Sold | Store # | Rx # | Fill # | Product | NDC # | Qty | Unit | Days | Prescriber Name | PT Pay Amt Total | Primary TP Name | Prior Auth | LOF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**TOTALS:**

| # of Records | Patient Pay |
|---|---|
| 51 | 24.95 |

Attested To By: _____
**Registered Pharmacist**

*Disclaimer: May not reflect all prescription records*